## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION
## LONDON

**CRIMINAL ACTION NO. 09-16 DCR**　　　　　　　　　　*ELECTRONICALLY FILED*

**UNITED STATES OF AMERICA**　　　　　　　　　　　　　　　　　**PLAINTIFF**

**V.**　　　　**NOTICE BY UNITED STATES OF AUSA APPEARANCE**

**RUSSELL CLETUS MARICLE, ET AL.**　　　　　　　　　　　**DEFENDANTS**

\* \* \* \* \*

　　　The United States gives notice that, in addition to Assistant United States Attorney Stephen C. Smith, the undersigned Assistant United States Attorney, Jason D. Parman, will also represent the United States in this case.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　JAMES A. ZERHUSEN
　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY

　　　　　　　　　　　By:　s/ Stephen C. Smith
　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　601 Meyers Baker Rd., Suite 200
　　　　　　　　　　　　　　London, KY 40741
　　　　　　　　　　　　　　(606) 864-5523
　　　　　　　　　　　　　　FAX (606) 864-3590
　　　　　　　　　　　　　　stephen.smith4@usdoj.gov

CERTIFICATE OF SERVICE

On May 15, 2009, I electronically filed this document through the ECF system, which will send the notice of electronic filing to all counsel of record.

s/ Stephen C. Smith
Assistant United States Attorney