UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

AT LONDON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT
JUL 09 2009
Eastern District of Kentucky
FILED

CRIMINAL ACTION NO. 09-16-S-DCR

UNITED STATES OF AMERICA                                          PLAINTIFF

V.        ORDER SEALING INDICTMENT,
          MOTION, AND SUBSEQUENT PLEADINGS

RUSSELL CLETUS MARICLE,
DOUGLAS C. ADAMS,
CHARLES WAYNE JONES,
WILLIAM E. STIVERS,
    aka AL MAN,
FREDDY W. THOMPSON,
WILLIAM B. MORRIS,
    aka BART,
DEBRA L. MORRIS
    aka DEBBIE, and                                               DEFENDANTS
STANLEY BOWLING

* * * * *

The Court ORDERS that the motion of the United States to seal is GRANTED, and the indictment, the motion to seal, this order, and subsequent pleadings shall remain UNDER SEAL pending further order of the Court.

On this 9th day of July, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

Copy: Stephen C. Smith, Assistant United States Attorney