UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | No. 6:09-CR-16-DCR |
| v. | ) ) ) | ORDER |
| RUSSELL CLETUS MARICLE, et al., | ) ) ) | |
| Defendants. | ) | |

\* \* \* \* \* \* \*

Because the newly added Defendant has been arrested, the Court ORDERS that the Indictment, Motion, and Subsequent Pleadings associated with this case, and sealed by DE #274, are UNSEALED.

This the 10th day of July, 2009.

Signed By:
*Robert E. Wier*
**United States Magistrate Judge**