UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | )<br>)<br>) |
| vs. | ) Criminal No. 6: 09-16-DCR<br>) |
| CHARLES W. JONES,<br>    Defendant. | )<br>)<br>) |

**MOTION FOR ADDITIONAL RELIEF**
***** ***** *****

The Defendant, Charles W. Jones, by counsel, joins the Motions for Specificity as to Count 1 as to Defendant Jones and Motion for Grand Jury Records previously filed by Defendant Russell Cletus Maricle. *[DN#s 373 and 374]*.

Defendant Jones adopts as if fully set forth herein the Memoranda of Law filed in support of the aforesdescribed Motions filed by Defendant Maricle.

A proposed Order is attached.

For these reasons, the Defendant Jones respectfully requests that the Court grant the Motions filed by Defendant Maricle as set forth above.

This the 17th day of August, 2009.

_____.
Scott White
Morgan & Pottinger, P.S.C.
133 W. Short Street
Lexington, KY  40507
859. 226-5288 (DIRECT)
859. 255-2038 (FAX)
tsw@m-p.net

1

2

## Certificate of Service

This Motion is being served via ECF system.

_____.
Scott White