UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

NO. 6:09-CR-16-DCR

UNITED STATES OF AMERICA          PLAINTIFF

v.          ORDER

RUSSELL CLETUS MARICLE;
DOUGLAS C. ADAMS; CHARLES
WAYNE JONES; WILLIAM E.
STIVERS, a/k/a AL MAN; FREDDY
W. THOMPSON; PAUL E. BISHOP;
WILLIAM B. MORRIS, a/k/a BART;
DEBRA L. MORRIS, a/k/a DEBBIE;
and STANLEY BOWLING          DEFENDANTS

\* \* \* \* \*

As to all pending defense motions to which the United States responded on August 31, 2009, any replies shall be filed no later than **September 9, 2009**.

For **any** future motion practice in this case, a reply will be permitted only by leave of court.

This the 2d day of September, 2009.

Signed By:

*Robert E. Wier*  /s/ REW

**United States Magistrate Judge**