AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN     DISTRICT OF     KENTUCKY-SOUTHERN DIV. @ LONDON

UNITED STATES OF AMERICA

V.

RUSSELL CLETUS MARICLE, ET AL

### EXHIBIT AND WITNESS LIST

Case Number:  6:09-CR-16-S-DCR

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| DANNY C. REEVES | STEPHEN SMITH & JASON PARMAN | Hoskins, Pinales; Bayer, Westberry; White; Abell; Baldani; Gilbert; Hughes; & Simons |

| TRIAL DATE(S): | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 9/2/2009 Preliminary Pretrial Conference | CINDY OAKES | JACKIE BROCK |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 9/2/09 | X | X | Copies of articles in local and regional newspapers that have referenced this case |
| 2 | | 9/2/09 | X | X | List of counties in which Dft Maricle has set as Judge |
| 3 | | 9/2/09 | X | X | Measurement of vote totals that Dft Maricle received in Clay, Leslie & Jackson County |
| 4 | | 9/2/09 | X | X | Summary Chart showing # of cases Dft Maricle handled as Special Circuit Judge |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.