UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CRIMINAL MINUTES-GENERAL

Case No: <u>6:09-CR-16-S-DCR</u>          At: <u>LONDON</u>          Date: <u>December 3, 2009</u>

PRESENT:  Hon. Danny C. Reeves, U.S. District Judge

| <u>Renee Bundy</u> | <u>Cindy Oakes</u> | <u>Stephen C. Smith & Jason Parman</u> |
| :---: | :---: | :---: |
| Deputy Clerk | Court Reporter | Assistant U. S. Attorneys |

DEFENDANTS:                          ATTORNEYS FOR DEFENDANTS:

Russell Cletus Maricle (present)(bond)          David Hoskins, Martin Pinales (retained)

Douglas C. Adams (present)(bond)              Bennett E. Bayer (retained)

Charles Wayne Jones (not present)             T. Scott White (CJA)( Not Present)

William E. Stivers (present)(bond)              Robert L. Abell (CJA)(Present)

Freddy W. Thompson (present)(bond)           Russell James Baldani (Retained)(Present)

William B. Morris (present)(bond)              Jerry W. Gilbert (Retained)

Debra L. Morris (present)(bond)               Elizabeth S. Hughes (CJA)(Present)

Stanley Bowling (present)(bond)               Daniel A. Simons (Retained)(Present)

PROCEEDINGS: STATUS CONFERENCE

        This matter was called for a status conference to schedule hearing dates for resolution of audio recordings/transcript issues previously raised by counsel.  Defense counsel, T. Scott White, was not present, having been previously relieved of attendance.   However, he provided the Court dates during the month of December on which he was unavailable due to previously scheduled court appearances.  [R. 546 and R. 548]

        The Court being sufficiently advised, it is hereby **ORDERED** as follows:

        1)     This matter is scheduled for hearing on **Tuesday, December 22, 2009,** and **Wednesday, December 23, 2009,** at **9:30 a.m.** on each date in **London**, Kentucky for resolution of audio  recordings/transcript issues.  In the event counsel for Defendant Jones is unable to reschedule hearings previously scheduled, he may request that the Court re-schedule this hearing to begin on December 24, 2009.

        2)     The United States shall provide the Court with copies of the audio recordings and transcripts it proposes to use no later than **5:00 p.m.** on **Monday, December 14, 2009.**

3)      The Defendants shall provide the Court with a copy of the transcripts they would propose to use no later than **5:00 p.m.** on **Monday, December 14, 2009.**  If the Defendants disagree on a particular transcript and intend to submit for the Court consideration more than one version of a transcript relating to a specific recording, they shall identify the Defendant(s) favoring each version.

The Court further advised the parties that, due to the substantial and numerous differences between the jury questionnaire suggested by the Court and the questionnaire proposed by the Defendants, a jury questionnaire would not be submitted to prospective jurors in advance of jury selection.

Dated:   December 3, 2009.



Signed By:

*Danny C. Reeves*

United States District Judge

Copies:  COR, USP, USM

TIC: 58 min.