**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**(at London)**

CASE NO. 09-16-S-DCR                    <u>ELECTRONICALLY FILED</u>

**UNITED STATES OF AMERICA,**                              **PLAINTIFF,**

**VS.**                    <u>**COMPLIANCE WITH ORDER**</u>

**RUSSELL CLETUS MARICLE,**                              **DEFENDANT.**

** **  ** **  ** **

Comes now the Defendant, Russell Cletus Maricle, pursuant to the court's Order of December 29, 2009 (Docket Number 573), and gives notice of his intent to introduce portions of recorded conversations and to utilize the previously filed transcriptions of those recordings.   This Defendant previously stated his position that pursuant to Federal Rule of Evidence 106 all such recordings should be played in their entirety, if at all, and does not waive this issue by filing this notice.

Specifically, Defendant Maricle intends to introduce the following:

**March 27, 2007 recording**

1.  Page 1, beginning with "CW:   Hey, is Clet around?" through page 3 at "Maricle:   Lord, have mercy. Kenneth Stepp."

2.  Page 4, beginning with "Lindsey:   Robyn told me to tell you . . . ." through page 5 at "FCW:   I'm telling you his woman worked for insurance company . . . ."

3.  Page 11 beginning with "FCW:   Right when we got back . . . ." through "FCW:

I was embarrassed."

4. Page 14 beginning at "CW:   Did they indict Joe Swafford up there?" through

   page 15 at "FCW: He said he's fighting it."

5. Page17 beginning at "CW: Do you think Stanley and Bart were

   co-conspirators?" through page 18 at "CW: Did they? KBI . . . what it was."

6. Page 20 beginning at "CW: Did Gary present that indictment up there on him?"

   through page 21 at "CW: Well buddy, they say it's bad . . . ."

7. Page 21 beginning at "CW: In the end." through page 23 at "CW: She got

   depressed . . . ."

8. Page 23 beginning at "CW: That bunch been back over there at city hall."

   through page 25 at "Maricle: I don't know."

9. Page 36 beginning at "Judy:   How much is Charlie asking for that?" through

   "Judy: Yes, I'll do that tonight."

10. Page 37 beginning at "JM:   Well, if he moves . . ." through page 38 at "JM:

    you ought to go out there and rent a booth from Scarlet and do hair until you get

    something else".

11. Page 43 beginning at "FCW: Who's the counsellor?" through page 44 at

    "FCW: You know I like her."

The persons making the statements referenced above are Russell Cletus Maricle, Judy

Maricle, Lindsey Maricle, Kennon White, and Wanda White.   These passages involve

discussions of employment of various persons, provide background for portions included

in the government's clips, and demonstrate important aspects of the relationship between

the Whites and the Maricles.   They are admissible pursuant to FRE 106, FRE 401, and FRE 402.

**April 30, 2007 – 3 recordings**

The entire recordings from this date should be introduced.   The persons on these recordings are Russell Cletus Maricle, Judy Maricle, Phillip Mobley, Kennon White, Wanda White, Ed Jordan, Charles Weaver, and Richie Asher.   These recordings cover various topics including nearly every matter at issue in this case.   They are admissible pursuant to FRE 106, FRE 401, and FRE 402.

**May 1, 2007 recording beginning at 7:37**

Page 26 beginning at "CW: Well, they're different than they used to be now. . . ." through page 27 at "Maricle: I don't know nothing about the Moose Stewart deal."   The speakers are Kennon White and Russell Cletus Maricle, discussing banking matters and Kenny Day's criminal associates.   This is admissible pursuant to FRE 106, FRE 401, and FRE 402.

**May 2, 2007 recording**

The entire recording from this date should be introduced.   The persons on this recording are Russell Cletus Maricle, Judy Maricle, Kennon White, and Wanda White. This recording covers various topics including nearly every matter at issue in this case. This is admissible pursuant to FRE 106, FRE 401, and FRE 402.

**May 4, 2007 recording**

The entire recording from this date should be introduced.   The persons on this recording are Russell Cletus Maricle, Keenon White and Wanda White.   This recording

covers various topics including nearly every matter at issue in this case.   This is admissible pursuant to FRE 106, FRE 401, and FRE 402.

**May 9, 2007 recording**

The entire recording from this date should be introduced.   The persons on this recording are Russell Cletus Maricle, Judy Maricle, Kennon White, Wanda White, and Bart Morris.   This recording covers various topics including nearly every matter at issue in this case.   This is admissible pursuant to FRE 106, FRE 401, and FRE 402.

**May 14, 2007 recording**

1. Pages 1 and 2.   The persons on this recording are Russell Cletus Maricle, Kennon White, Wanda White, and Russell Cletus Maricle's Grandson.   This recording involves discussions regarding Wanda White's grand jury appearance. This is admissible pursuant to FRE 106, FRE 401, and FRE 402.

**May 16, 2007 recording**

1.  Pages 1 through 5. The persons on this recording are Russell Cletus Maricle and Kennon White.   This recording involves discussions regarding Wanda White's grand jury appearance.   This is admissible pursuant to FRE 106, FRE 401, and FRE 402.

**May 22, 2007 recording**

1. Page 10 beginning at "Maricle:   I'm gonna retire pretty quick." through "CW: Who do you think is going to pursue, pursue it when you   . . . ?"   The speakers are Russell Cletus Maricle and Kennon White, discussing Maricle's impending retirement.   The statements are admissible pursuant to FRE 401 and FRE 402.

2. Page 17 beginning at "Maricle: How does Wanda like it over in London?" through the first line of page 18.   The speakers are Maricle and Kennon White, discussing the Whites' prospects, including employment, in London.   The statements are admissible pursuant to FRE 401 and KRE 402.

Respectfully submitted,


/s/David S. Hoskins
Attorney At Law
107 East First Street
P.O. Box 1185
Corbin, KY 40702-1185
Telephone: (606) 526-9009
Facsimile: (606) 526-1021
Email:   davidhoskins@bellsouth.net
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 4th day of January, 2010, the foregoing was filed electronically with the Clerk of the Court by using CM/ECF System which will send notice of filing to all counsel of record.


/s/David S. Hoskins
Attorney At Law
ATTORNEY FOR DEFENDANT