# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# LONDON

**CRIMINAL NO. 09-16-S-DCR**　　　　　　　　　　　　　　　**Electronically Filed**

**UNITED STATES OF AMERICA**　　　　　　　　　　　　　　　　　**PLAINTIFF**

**V.**　　　　　　**GOVERNMENT'S RESPONSE
TO MOTION TO ALTER
CONDITIONS OF RELEASE**

**RUSSELL CLETUS MARICLE
CHARLES WAYNE JONES**　　　　　　　　　　　　　　　　　　**DEFENDANTS**

\* \* \* \* \*

Comes the United States, by counsel, and in response to the motion made by counsel for Defendant Maricle [Docket Entry 670] and the motion filed by counsel for Jones [Docket Entry 694] to alter their conditions of pre-trial release, states that it has no objection.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　JAMES A. ZERHUSEN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY

　　　　　　　　　By:　s/Jason D. Parman
　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　601 Meyers Baker Road, Suite 200
　　　　　　　　　　　　London, KY 40741
　　　　　　　　　　　　Tel: (606) 864-5523
　　　　　　　　　　　　Jason.Parman@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2010, I filed the foregoing using the CM/ECF system which will send notice of filing to counsel of record:

By:   s/Jason D. Parman  
      Assistant United States Attorney
