**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

CASE NO. 09-16-S-DCR                                    <u>ELECTRONICALLY FILED</u>

UNITED STATES OF AMERICA,                                               PLAINTIFF,


VS.        **RESPONSE TO UNITED STATES' MOTION TO CONTINUE TRIAL**


RUSSELL CLETUS MARICLE,                                          DEFENDANT.


**\*\*  \*\*  \*\***


Comes now the Defendant, Russell Cletus Maricle, by counsel, and for his response to the United States' Motion to Continue the Trial of this indictment, states that he is prepared for trial as scheduled.

Defendant Maricle does not waive any *Brady/Giglio* rights, and believes that additional material does exist. Defendant Maricle would urge the United States to review all files thoroughly, and is puzzled by the reference in the government's motion to "a request by counsel last week," as the Court's Order regarding disclosure of this material and the law governing these materials are clear. Moreover, defense counsel requested this material long before last week.

The recess required for the government to review files after a witness testifies on direct will be compounded by the time required for defense counsel to review material

produced during trial as well as the time that may be required for additional steps by the defense to make effective use of the material at trial, as guaranteed by law.  Of the two courses proposed by the government, Defendant Maricle submits that a short continuance would be preferable so as to avoid delays in a trial already sure to be lengthy by any standard.

Respectfully submitted,

/s/David S. Hoskins
107 East First Street
P.O. Box 1185
Corbin, KY 40702-1185
Telephone: (606) 526-9009
Facsimile: (606) 526-1021
Email:  davidhoskins@bellsouth.net
ATTORNEY FOR DEFENDANT
RUSSELL CLETUS MARICLE

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 1st day of February, 2010, the foregoing was filed electronically with the Clerk of the Court by using CM/ECF System which will send notice of filing to all counsel of record.

/s/David S. Hoskins
ATTORNEY FOR DEFENDANT
RUSSELL CLETUS MARICLE
