EDky-232

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES-TRIAL

<u>LONDON</u>   Case No. <u>09-16-DCR</u> At <u>FRANKFORT</u>   Date <u>2/2/10</u>

DOCKET ENTRY: Juror Nos. 27 and 121 were qualified at the beginning of proceedings by the Court.

PRESENT: HON. <u>DANNY C. REEVES</u>, JUDGE

| <u>K. Ratliff</u> | <u>Lisa Weisman</u> | <u>Stephen Smith/Jason Parman</u> |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U. S. Attorney |

| DEFENDANTS | ATTORNEYS FOR DEFENDANTS |
|---|---|
| (1)<u>Russell Cletus Maricle (P)</u> | (1)<u>David Hoskins/lM. Pinales/C. Crouse(R)</u> |
| (2)<u>Dougas C. Adams (P)</u> | (2)<u>Bennett Bayer/K. Westbury/K. Logan (R)</u> |
| (3)<u>Charles Wayne Jones (P)</u> | (3)<u>T. Scott White (R)</u> |
| (4)<u>William E. Stivers (P)</u> | (4)<u>Robert L. Abell (R)</u> |
| (5)<u>Freddy W. Thompson (P)</u> | (5) <u>R. Tucker Richardson/R. Baldani (R)</u> |
| (6)<u>William B. Morris (P)</u> | (6) <u>Jerry W. Gilbert (R)</u> |
| (7) <u>Debra L. Morris (P)</u> | (7) <u>Elizabeth Hughes (R)</u> |
| (8) <u>Stanley Bowling (P)</u> | (8) <u>Daniel Simons   (R)</u> |

<u>X</u>  JURY TRIAL. The Jury impaneled and sworn as follows: ___ COURT TRIAL

| (1) 129 | (5) 93 | (9) 24 |
|---|---|---|
| (2) 94 | (6) 87 | (10) 82 |
| (3) 21 | (7) 12 | (11) 78 |
| (4) 19 | (8) 16 | (12) 43 |
| (13) 119 | (14) 9 | |
| (15) 33 | (16) 28 | |

Introduction of Evidence for plff/deft ___begun ___resumed ___concluded

___Rebuttal evidence; ___Surrebuttal evidence.

<u>X</u> Case continued to <u>2/3/10 at 9 am at Frankfort, KY</u> for further trial.

___Motion for judgment of acquittal ___granted ___denied ___submitted.

___Jury retires to deliberate at_____; Jury returns at_____

___FINDING BY COURT. ___JURY VERDICT. SEE SIGNED VERDICT AS TO EACH DEFENDANT

(1) DEFENDANT_____   (2) DEFENDANT_____

(3) DEFENDANT_____   (4) DEFENDANT_____

___Jury Polled. ___Polling Waived ___Mistrial Declared

Case continued until_____ l9__ at_____for sentencing.

___Court orders Presentence Report-copy to be furnished counsel pur Rule 32,FRCP

___Copy of Presentence Report not requested.

<u>X</u> Defendants to remain on bond. <u>X</u> Dft/Stivers remanded to custody.

Copies: COR, USP, USM

| TIC: | 6 | 40 |
|---|---|---|