UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Criminal Action No. 6: 09-16-S-DCR |
| V. | ) | |
| RUSSELL CLETUS MARICLE, et al., | ) | **NOTICE** |
| Defendants. | ) | |

*** *** *** ***

The parties to this action are notified that publication of transcripts of witness testimony during the course of this trial constitutes a violation of Rule 53 of the Federal Rules of Criminal Procedure.

The Clerk of the Court is directed to provide a copy of this Notice to counsel for The Manchester Enterprise.

This 16th day of February, 2010.

