EDky-232

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES-TRIAL

<u>LONDON</u>   Case No. <u>09-16-DCR</u>   At <u>FRANKFORT</u>   Date <u>2/25/10</u>

DOCKET ENTRY: Out of presence of the jury, the Court made a finding on 2/24/10 that Mr. Scott White had directly violated an order of the Court and the Court shall take up this matter at the conclusion of trial proceedings.

PRESENT: HON.   <u>DANNY C. REEVES</u>   , JUDGE

| <u>K. Ratliff</u> | <u>C. Oakes/L. Weisman</u> | <u>Stephen Smith/Jason Parman</u> |
|---|---|---|
| Deputy Clerk | Court Reporters | Asst. U. S. Attorneys |

| DEFENDANTS: | ATTORNEYS FOR DEFENDANTS: |
|---|---|
| (1) <u>Russell Cletus Maricle (P)</u> | (1) <u>David Hoskins/M. Pinales/C.Crouse (R)</u> |
| (2) <u>Douglas C. Adams (P)</u> | (2) <u>Kent Westbury/K. Logan (R)</u> |
| (3) <u>Charles Wayne Jones (P)</u> | (3) <u>T. Scott White (R)</u> |
| (4) <u>William E. Stivers (P)</u> | (4) <u>Robert L. Abell (R)</u> |
| (5) <u>Freddy W. Thompson (P)</u> | (5) <u>R. Tucker Richardson/R. Baldani (R)</u> |
| (6) <u>William B. Morris (P)</u> | (6) <u>Jerry W. Gilbert (R)</u> |
| (7) <u>Debra L. Morris (P)</u> | (7) <u>Elizabeth Hughes (R)</u> |
| (8) <u>Stanley Bowling (P)</u> | (8) <u>Daniel Simons (R)</u> |

<u>X</u> JURY TRIAL. The Jury impaneled and sworn as follows:   ___ COURT TRIAL

(1) <u>129</u>   (2) <u>94</u>   (3) <u>21</u>   (4) <u>19</u>   (5) <u>93</u>
(6) <u>87</u>   (7) <u>12</u>   (8) <u>16</u>   (9) <u>24</u>   (10) <u>82</u>
(11) <u>78</u>   (12) <u>43</u>   (13) <u>119</u>   (14) <u>9</u>   (15) <u>33</u>   (16) <u>28</u>

Introduction of Evidence for plff ___ begun; <u>X</u> resumed; <u>Not</u> concluded.
___ Rebuttal evidence; ___ Surrebuttal evidence.

<u>X</u> Case continued to <u>2/26/10 at 9 am or as otherwise instructed by the Court at Frankfort, KY</u> for further trial. **Counsel to be present by 8:30 a.m.**

___ Motion for judgment of acquittal   ___ granted   ___ denied   ___ submitted.
___ Jury retires to deliberate at_____; Jury returns at_____
___ FINDING BY COURT.   ___ JURY VERDICT.   SEE SIGNED VERDICT AS TO EACH DEFENDANT
(1) DEFENDANT_____   (2) DEFENDANT_____
(3) DEFENDANT_____   (4) DEFENDANT_____
(5) DEFENDANT_____   (6) DEFENDANT_____
(7) DEFENDANT_____   (8) DEFENDANT_____
___ Jury Polled.   ___ Polling Waived   ___ Mistrial Declared
Case continued until_____20__ at_____ for sentencing.
___ Court orders Presentence Report-copy to be furnished counsel pursuant to Rule 32,FRCP.
___ Copy of Presentence Report not requested.
<u>X</u> Defendants to remain on bond.   <u>X</u> Dft/Stivers remanded to custody.

Copies: COR, USP, USM, Diary                       Deputy Clerk   <u>kr</u>

| TIC: | 5 | 00 |
|---|---|---|