EDky-232

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES-TRIAL

<u>LONDON</u>    Case No. <u>09-16-DCR</u>    At <u>FRANKFORT</u>    Date <u>3/10/10</u>

DOCKET ENTRY: Out of presence of jury, Defendants Russell Cletus Maricle, Douglas C. Adams, Charles Wayne Jones, William E. Stivers, Freddy W. Thompson, William B. Morris, Debra L. Morris & Stanley Bowling's oral motions for judgment of acquittal pursuant to Rule 29 are **DENIED**.

PRESENT: HON.  <u>DANNY C. REEVES</u>  ,JUDGE

| <u>K. Ratliff</u> | <u>C. Oakes/L. Weisman</u> | <u>Stephen Smith/Jason Parman</u> |
|---|---|---|
| Deputy Clerk | Court Reporters | Asst. U. S. Attorneys |

DEFENDANTS:                                   ATTORNEYS FOR DEFENDANTS:

(1) <u>Russell Cletus Maricle (P)</u>         (1) <u>David Hoskins/M. Pinales (R)</u>
(2) <u>Douglas C. Adams (P)</u>               (2) <u>Kent Westbury/K. Logan      (R)</u>
(3) <u>Charles Wayne Jones (P)</u>            (3) <u>T. Scott White (R)</u>
(4) <u>William E. Stivers (P)</u>             (4) <u>Robert L. Abell (R)</u>
(5) <u>Freddy W. Thompson (P)</u>             (5) <u>R. Baldani/T. Richardson (R)</u>
(6) <u>William B. Morris (P)</u>              (6) <u>Jerry W. Gilbert (R)</u>
(7) <u>Debra L. Morris (P)</u>                (7) <u>Elizabeth Hughes (R)</u>
(8) <u>Stanley Bowling (P)</u>                (8) <u>Daniel Simons   (R)</u>

<u>X</u>  JURY TRIAL. The Jury impaneled and sworn as follows: ____ COURT TRIAL

(1) <u>129</u>   (2) <u>94</u>   (3) <u>21</u>   (4) <u>19</u>   (5) <u>93</u>
(6) <u>87</u>    (7) <u>12</u>   (8) <u>16</u>   (9) <u>24</u>   (10) <u>82</u>
(11) <u>78</u>   (12) <u>43</u>  (13) <u>119</u>  (14) <u>9</u>   (15) <u>33</u>   (16) <u>28</u>

Introduction of Evidence for plff ____begun; <u>X</u> resumed; <u>and</u> concluded. ____Rebuttal evidence; ____Surrebuttal evidence.

Introduction of Evidence for Dft/Maricle <u>X</u> Begun; ____Resumed; <u>not</u> Concluded.

<u>X</u> Case continued to  <u>3/11/10 at 9 am or as otherwise instructed by the Court at Frankfort, KY</u> for further trial. **Counsel to be present by 8:30 a.m.**

____Motion for judgment of acquittal   ____granted   ____denied   ____submitted.
____Jury retires to deliberate at_____; Jury returns at_____
____FINDING BY COURT.  ____JURY VERDICT.   SEE SIGNED VERDICT AS TO EACH DEFENDANT
(1) DEFENDANT_____    (2) DEFENDANT_____
(3) DEFENDANT_____    (4) DEFENDANT_____
(5) DEFENDANT_____    (6) DEFENDANT_____
(7) DEFENDANT_____    (8) DEFENDANT_____
____Jury Polled.   ____Polling Waived   ____Mistrial Declared
Case continued until_____20__ at_____for sentencing.
____Court orders Presentence Report-copy to be furnished counsel pursuant to Rule 32,FRCP.
____Copy of Presentence Report not requested.
<u>X</u> Defendants to remain on bond.  <u>X</u> Dft/Stivers remanded to custody.

Copies: COR, USP, USM, Diary                              Deputy Clerk  <u>kr</u>

| TIC: | 7 | 11 |
|---|---|---|