EDky-232

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES-TRIAL

Eastern District of Kentucky
**FILED**
MAR 15 2010
AT FRANKFORT
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

LONDON    Case No. 09-16-DCR    At FRANKFORT    Date 3/15/10

DOCKET ENTRY: Out of the Presence of the jury, witnesses, Selena Smith, Amanda Owens, and Doris Gross were recognized by the Court to appear on behalf of Defendant Charles Wayne Jones. Witness Shirley Sue Bishop was recognized by the Court to appear on behalf of Defendant Freddy W. Thompson, as further directed by the Court in the penal sum of $500.00. In camera hearing with juror held. Transcript of in camera hearing shall remain under seal until the close of case.

PRESENT: HON. DANNY C. REEVES, JUDGE

| K. Stoneking | Cindy Oakes/Lisa Wiesman | Stephen Smith/Jason Parman |
|---|---|---|
| Deputy Clerk | Court Reporters | Asst. U. S. Attorneys |

DEFENDANTS:                          ATTORNEYS FOR DEFENDANTS:

(1) Russell Cletus Maricle (P)        (1) David Hoskins/M. Pinales (R)
(2) Douglas C. Adams (P)              (2) Kent Westbury/K. Logan (R)
(3) Charles Wayne Jones (P)           (3) T. Scott White (R)
(4) William E. Stivers (P)            (4) Robert L. Abell (R)
(5) Freddy W. Thompson (P)            (5) R. Baldani/T. Richardson (R)
(6) William B. Morris (P)             (6) Jerry W. Gilbert (R)
(7) Debra L. Morris (P)               (7) Elizabeth Hughes (R)
(8) Stanley Bowling (P)               (8) Daniel Simons (R)

**X** JURY TRIAL. The Jury impaneled and sworn as follows: ___ COURT TRIAL

(1) 129   (2) 94   (3) 21    (4) 19   (5) 93
(6) 87    (7) 12   (8) 16    (9) 24   (10) 82
(11) 78   (12) 43  (13) 119  (14) 9   (15) 33   (16) 28

Evidence for Dft. Russell Cletus Maricle ___ begun; ___ resumed; **X** concluded.

Introduction of Evidence for Dft. Douglas C. Adams **X** begun; **X** not concluded.

___ Rebuttal evidence; ___ Surrebuttal evidence.

**X** Case continued to 3/16/10 at 10:00 am or as otherwise instructed by the Court at Frankfort, KY for further trial. **Counsel to be present by 9:30 a.m.**

___ Motion for judgment of acquittal ___ granted ___ denied ___ submitted.
___ Jury retires to deliberate at _____; Jury returns at _____
___ FINDING BY COURT. ___ JURY VERDICT. SEE SIGNED VERDICT AS TO EACH DEFENDANT
(1) DEFENDANT_____    (2) DEFENDANT_____
(3) DEFENDANT_____    (4) DEFENDANT_____
(5) DEFENDANT_____    (6) DEFENDANT_____
(7) DEFENDANT_____    (8) DEFENDANT_____
___ Jury Polled.  ___ Polling Waived  ___ Mistrial Declared
Case continued until_____ 20__ at_____ for sentencing.
___ Court orders Presentence Report-copy to be furnished counsel pursuant to Rule 32, FRCP.
___ Copy of Presentence Report not requested.
**X** Defendants to remain on bond.  **X** Dft/Stivers remanded to custody.

Copies: COR, USP, USM, Diary                        Deputy Clerk ___ ks

| TIC: | 5 | 35 |
|---|---|---|