AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | KENTUCKY at Frankfort |
|---|---|---|

USA

v.

Russell Cletus Maricle, et al

**Eastern District of Kentucky FILED MAR 25 2010 AT FRANKFORT LESLIE G. WHITMER CLERK U.S. DISTRICT COURT**

**EXHIBIT AND WITNESS LIST**

Case Number: 6:09-CR-16-DCR

| PRESIDING JUDGE Danny Reeves | PLAINTIFF'S ATTORNEY Stephen Smith/Jason Parman | DEFENDANT'S ATTORNEY C. Crouse/D. Hoskins/M. Pinales/B. Bayer/K. Westberry/K. Logan/S. White/R. Abell/R. Baldani/T. Richardson/ Jerry Gilbert/Elizabeth Hughes/Daniel Simons |
|---|---|---|
| TRIAL DATE(S) Forfeiture Hearing 3/25/2010 | COURT REPORTER Cindy Oakes | COURTROOM DEPUTY Kim Stoneking |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | Court Rulings: |
|---|---|---|---|---|---|---|
| W1 | | 3/25/10 | | | WITNESS: JEFF SAGRECY | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages