```
                                                                        1

 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF KENTUCKY
 2                     SOUTHERN DIVISION at LONDON
                                 - - -
 3
      UNITED STATES OF AMERICA,        :   Docket No. CR 09-16-S
 4                                     :
                         Plaintiff,    :   Frankfort, Kentucky
 5                                     :   Friday, February 5, 2010
           versus                      :   9:00 a.m.
 6                                     :
      RUSSELL CLETUS MARICLE,          :
 7    DOUGLAS C. ADAMS                 :
      CHARLES WAYNE JONES              :
 8    WILLIAM R. STIVERS               :
      FREDDY W. THOMPSON               :   Trial Day 4A
 9    WILLIAM B. MORRIS                :
      DEBRA L. MORRIS                  :   EXCERPTED TRANSCRIPT
10    STANLEY BOWLING,                 :
                                       :   Examination by Mr. Bayer
11                       Defendants.   :

12

13                               - - -
                           TRANSCRIPT OF TRIAL
14                       BEFORE DANNY C. REEVES
             UNITED STATES DISTRICT COURT JUDGE and a jury
15                               - - -

16    APPEARANCES:

17    For the United States:      STEPHEN C. SMITH
                                  JASON D. PARMAN, ESQ.
18                                Assistant U.S. Attorney
                                  601 Meyers Baker Road
19                                Suite 200
                                  London, KY 40741
20
      For the Defendant           MARTIN S. PINALES, ESQ.
21    Russell Cletus Maricle:     Strauss & Troy
                                  150 E. Fourth Street
22                                Fourth Floor
                                  Cincinnati,OH  45202
23
                                  DAVID S. HOSKINS, ESQ.
24                                107 E. First Street
                                  Corbin, KY  40701
25
```

```
 1    For the Defendant            R. KENT WESTBERRY, ESQ.
      Douglas C. Adams:            KRISTIN N. LOGAN, ESQ.
 2                                 Landrum & Shouse, LLP
                                   220 West Main Street
 3                                 Suite 1900
                                   Louisville, KY 40202
 4
                                   BENNETT E. BAYER, ESQ.
 5                                 Landrum & Shouse, LLP
                                   106 West Vine Street
 6                                 Suite 800
                                   Lexington, KY  40507
 7

 8    For the Defendant            T. SCOTT WHITE, ESQ.
      Charles Wayne Jones:         Morgan & Pottinger, P.S.C.
 9                                 133 West Short Street
                                   Lexington, KY  40507
10

11    For the Defendant            ROBERT L. ABELL, ESQ.
      William R. Stivers:          120 North Upper Street
12                                 Lexington, KY  40507

13
      For the Defendant            RUSSELL JAMES BALDANI, ESQ.
14    Freddy W. Thompson:          R. TUCKER RICHARDSON, ESQ.
                                   Baldani, Rowland & Richardson
15                                 300 West Short Street
                                   Lexington, KY  40507
16

17    For the Defendant            JERRY W. GILBERT, ESQ.
      William B. Morris:           Coy, Gilbert & Gilbert
18                                 212 North Second Street
                                   Richmond, KY 40475
19

20    For the Defendant            ELIZABETH SNOW HUGHES, ESQ.
      Debra L. Morris:             Gess, Mattingly & Atchison, PSC
21                                 201 West Short Street
                                   Lexington,KY40507
22

23    For the Defendant            DANIEL A. SIMONS, ESQ.
      Stanley Bowling:             Thompson, Simons, Dunlop & Fore
24                                 116 West Main Street
                                   Suite 2A
25                                 Richmond, KY 40476
```

1   Court Reporter:             LISA REED WIESMAN, RDR-CRR
                                Official Court Reporter
2                               35 W. Fifth Street
                                P.O. Box 1073
3                               Covington, KY   41012
                                (859) 291-4410
4

5       Proceedings recorded by mechanical stenography,
    transcript produced with computer.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1       * * *

2       CROSS-EXAMINATION (cont'd)

3   BY MR. BAYER:

4   Q.   Mr. Lewis, you remember you are still under oath?

5   A.   Yes, sir.

6   Q.   Yesterday, when we last were talking, I was asking you

7   about when you were in a jail cell with Kenny Day.  Do you

8   remember discussing with Mr. Day and Mr. Day telling you about

9   that he had all sorts of information regarding cases and

10  material that would be pending in Clay County and that he was

11  going to assist the FBI?

12  A.   Yes, sir.  He mentioned some items, yes, sir.

13  Q.   So as far back as 2005, the two of you were talking about

14  what it would take, possibly, to work with the FBI and talk

15  about cases?

16  A.   We didn't -- that was nothing said about that.  He just

17  give me some information.  I didn't have no idea what it

18  really was, you know.  And if it would help me in the long

19  run, I just didn't know, but I gave him some information.

20  Q.   You gave him some information?

21  A.   No, I gave the FBI information.

22  Q.   With the idea that if it was going to help you in the

23  long run, then that would be a good thing?

24  A.   Well, that would possibly be true.

25  Q.   Okay.  When you were buying votes in Clay County, explain

*LEWIS - Cross (Mr. Bayer)* 5

1  for the jury, explain for me, is there a breakdown in -- of
2  political factions in Clay County? How does it work? What
3  have you got as far as politics going in Clay County back when
4  you were buying votes?
5  A.   Well, on the Republican side, and like me, I was a
6  Democrat election officer, but I always go with the
7  Republicans.
8  Q.   Why?
9  A.   Because they controlled the county.
10 Q.   Now, that doesn't -- there are Democrats in Clay County
11 that vote for Republicans?
12 A.   Yes, sir.
13 Q.   Doesn't mean there's anything wrong with that, does it?
14 A.   Probably not.
15 Q.   Okay. So anyway, continue explaining what you were
16 talking about, then.
17 A.   Well, if you're with the Republican ticket side, you can
18 take any person's name with the backing of the Clay County
19 School Board and other prominent officials in Clay County,
20 which they go together, and you can, like I said before, you
21 can take a guy by the name Joe Donkey or Betty Pig and put
22 their name on the ticket and they'll win.
23 Q.   All right. Let's look at the 2002 election.
24 A.   Yes, sir.
25 Q.   I have been told that the primary is the big contest in

*LEWIS - Cross (Mr. Bayer)*                                                          6

1  Clay County. Why is that?
2  A.  Because the primary, the guy that's on the primary
3  ticket, he's almost all made the winner because there's no
4  Democrat challengers.
5  Q.  So in 2002, who was the big Republican person in Clay
6  County in 2002? Was it Jennings White?
7  A.  No, sir.
8  Q.  Jennings White was the county clerk at that time,
9  correct?
10 A.  Yes, sir.
11 Q.  Was he a powerful man?
12 A.  Yes, he's powerful. Yes, he is.
13 Q.  And he was the incumbent office holder, wasn't he?
14 A.  Yes, he was.
15 Q.  And Jennings White had, I think you described it as a
16 slate of candidates, perhaps, that Jennings White was working
17 with?
18 A.  Yes.
19 Q.  Who was Jennings White's slate in 2002?
20 A.  The ones he came to my precinct to vote was a ticket of
21 Roy Morgan and Edd Jordan.
22 Q.  Was Barbara Colter White, Barbara White Colter also part
23 of that slate?
24 A.  I don't think she was running that time, sir, in 2002.
25 She might have been, against Tim Couch.

1   Q. Yes, sir.
2   A. She could have been. I don't remember.
3   Q. So what all was Jennings White doing at that time to make
4   sure that his slate was going to get elected?
5   A. I have no idea what he was doing. Just the people came
6   to vote with a ticket to vote for them, and I made sure that
7   he got his vote. But other people would come in to vote for
8   Harold Crawdad Sizemore, and you talking about -- no, that's
9   the 2002 election. In 2002 election, I wasn't even there,
10  sir. You're confusing me. That's '94. You're getting
11  back -- confusing me.
12  Q. Did you ever buy votes for Barbara Colter White?
13  A. Yes, I have.
14  Q. What elections?
15  A. The ones she run against the House girl, attorney, what's
16  the House girl's name? I bought probably a hundred votes for
17  her in that precinct. She got a hundred and like 50 votes in
18  the precinct. Not many people come out. The other girl, she
19  got 30. I probably bought 100 votes for her.
20  Q. There seems to be a common theme here. Perhaps you can
21  explain it for us. Was the White family very powerful at this
22  time in Clay County?
23  A. Yes. Have been for years.
24  Q. They held what offices; do you remember?
25  A. Jennings held the clerk's office from '94 to what -- I

*LEWIS - Cross (Mr. Bayer)* 8

1  mean, from '94 to 2002.
2  Q.  Yes, sir.
3  A.  Then Doug, the mayor, had been mayor for, what, 30 some
4  years.
5  Q.  That's Doug White?
6  A.  Doug White, the ex-mayor.  And then Doug's father was the
7  mayor for many years.
8  Q.  And I think Charles White was the superintendent of
9  education?
10 A.  Charles White was a county judge, because my uncle beat
11 him for county judge in either -- 1970, I believe.  My uncle
12 beat him for county judge.
13 Q.  A Democrat?  Was your uncle a Democrat?
14 A.  No, sir, but he got the backing of the Democrats that
15 time.
16 Q.  I think yesterday you made the comment at heart you're a
17 Republican, but you're a registered Democrat?
18 A.  I'm a registered Democrat, yes.
19 Q.  So the Whites were very much in power and control in Clay
20 County?
21 A.  Yes, sir.
22 Q.  Did you know Jennings White?
23 A.  More or less just -- I never been to his house, and he's
24 never been to mine.  Just speak to him, more or less, as a
25 human being.

*LAWSON - Cross (Mr. Bayer)* 9

1  Q. Did you ever do any drug dealings with Jennings White?
2  A. Definitely not.
3  Q. Why?
4  A. I didn't think he done nothing.
5  Q. We heard testimony he was laundering money for Kenny Day.
6  Were you aware of that?
7  A. No, sir.
8  Q. Do you remember having the hearing last week where we
9  were talking about different things?  You remember being at
10 the hearing last week?
11 A. Yes, sir.
12 Q. I want to ask you a question.  During the entire time
13 that you were in Clay County, did you ever do anything
14 politically at all with Doug Adams?
15 A. No, sir.
16      MR. BAYER:  I don't have any other questions.  Thank
17 you, Judge.
18                              * * *
19                         CROSS-EXAMINATION
20 BY MR. BAYER:
21 Q. Mr. Lawson, do you remember from last week, I'm Bennett
22 Bayer.  I'm Doug Adams' attorney.
23 A. Yeah.
24 Q. You never had any dealings with Doug Adams at all?
25 A. No, sir.

*LAWSON - Cross (Mr. Bayer)*                                                    10

1  Q. Do you even know him?

2  A. No.

3  Q. When you were buying votes, I heard you say you helped

4  Edd Jordan?

5  A. And Freddy Thompson and Gayle House and Stanley Bowling.

6  Q. Okay. Now, you never did anything with Doug Adams?

7  A. No.

8  Q. Have you ever talked with him?

9  A. No.

10         MR. BAYER: I don't have anything else. Thank you.

11                              * * *

12                        C E R T I F I C A T E

13         I, LISA REED WIESMAN RDR-CRR, certify that the
   foregoing is a correct, excerpted transcript from the record
14 of proceedings in the above-entitled case.

15

16  \s\ Lisa Reed Wiesman                    February 9, 2010
   LISA REED WIESMAN, RDR-CRR                Date of Certification
17 Official Court Reporter