1

```
 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF KENTUCKY
 2                     SOUTHERN DIVISION at LONDON
                                  - - -
 3
     UNITED STATES OF AMERICA,     :  Docket No. CR 09-16-S
 4                                 :
                   Plaintiff,      :  Frankfort, Kentucky
 5                                 :  Thursday, February 25, 2010
         versus                    :  1:00 p.m.
 6                                 :
     RUSSELL CLETUS MARICLE,       :
 7   DOUGLAS C. ADAMS              :
     CHARLES WAYNE JONES           :
 8   WILLIAM R. STIVERS            :
     FREDDY W. THOMPSON            :     Trial Day 13B
 9   WILLIAM B. MORRIS             :
     DEBRA L. MORRIS               :   Excerpted Transcript
10   STANLEY BOWLING,              :   Recross by Ms. Hughes
                                   :
11                 Defendants.     :

12

                                  - - -
13                          TRANSCRIPT OF TRIAL
                        BEFORE DANNY C. REEVES
14              UNITED STATES DISTRICT COURT JUDGE and a jury
                                  - - -
15

16   APPEARANCES:

17   For the United States:    STEPHEN C. SMITH
                               JASON D. PARMAN, ESQ.
18                             Assistant U.S. Attorney
                               601 Meyers Baker Road
19                             Suite 200
                               London, KY 40741
20
     For the Defendant         CANDACE C. CROUSE, ESQ.
21   Russell Cletus Maricle:   Strauss & Troy
                               150 E. Fourth Street
22                             Fourth Floor
                               Cincinnati,OH  45202
23
                               DAVID S. HOSKINS, ESQ.
24                             107 E. First Street
                               Corbin, KY  40701
25
```

```
 1    For the Defendant            R. KENT WESTBERRY, ESQ.
      Douglas C. Adams:            KRISTIN N. LOGAN, ESQ.
 2                                 Landrum & Shouse, LLP
                                   220 West Main Street
 3                                 Suite 1900
                                   Louisville, KY 40202
 4

 5    For the Defendant            T. SCOTT WHITE, ESQ.
      Charles Wayne Jones:         Morgan & Pottinger, P.S.C.
 6                                 133 West Short Street
                                   Lexington, KY  40507
 7

 8    For the Defendant            ROBERT L. ABELL, ESQ.
      William R. Stivers:          120 North Upper Street
 9                                 Lexington, KY  40507

10
      For the Defendant            RUSSELL JAMES BALDANI, ESQ.
11    Freddy W. Thompson:          R. TUCKER RICHARDSON, ESQ.
                                   Baldani, Rowland & Richardson
12                                 300 West Short Street
                                   Lexington, KY  40507
13

14    For the Defendant            JERRY W. GILBERT, ESQ.
      William B. Morris:           Coy, Gilbert & Gilbert
15                                 212 North Second Street
                                   Richmond, KY 40475
16

17    For the Defendant            ELIZABETH SNOW HUGHES, ESQ.
      Debra L. Morris:             Gess, Mattingly & Atchison, PSC
18                                 201 West Short Street
                                   Lexington, KY 40507
19

20    For the Defendant            DANIEL A. SIMONS, ESQ.
      Stanley Bowling:             Thompson, Simons, Dunlop & Fore
21                                 116 West Main Street
                                   Suite 2A
22                                 Richmond, KY 40476

23

24

25
```

```
1    Court Reporter:              LISA REED WIESMAN, RDR-CRR
                                  Official Court Reporter
2                                 35 W. Fifth Street
                                  P.O. Box 1073
3                                 Covington, KY   41012
                                  (859) 291-4410
4
         Proceedings recorded by mechanical stenography,
5    transcript produced with computer.
```

*W. WHITE - Recross (Ms. Hughes)* 4

1                              * * *

2                         RECROSS-EXAMINATION

3  BY MS. HUGHES:

4  Q.  Mrs. White, could you pick up Exhibit D13?  It was not

5  introduced when I asked you questions last time, so that's why

6  I'm back.

7  A.  I have it.

8  Q.  All right.  Thank you.  Could you look at the first page

9  of that document?  I'm not as efficient as Mr. Smith.  I can't

10 post it.  I don't know how to work that machine.

11 A.  I see it, yes.

12 Q.  All right.  Could you tell me, look at that list of names

13 and tell me, did you see Debbie Morris pay money to any of

14 those people on the first page?

15 A.  Absolutely.

16 Q.  All right.  Tell me who it was.

17 A.  Deshae Henson.

18 Q.  You saw her pay money to him for his vote?

19 A.  Absolutely.

20 Q.  All right.  Keep going.

21 A.  What do you mean keep going?  Keep reading?

22 Q.  I want you to tell me everyone on that first page that

23 you saw personally Debbie Morris pay money to.

24 A.  Antwan Henson.  This is over a period of all the

25 elections.  Is that what you're -- which specific election?

*W. WHITE - Recross (Ms. Hughes)* 5

1 Q. Thank you, because I was going to come back and ask you
2 those things. But if you want to start with Deshae Henson,
3 you saw her pay money to Deshae Henson?
4 A. Deshae Henson.
5 Q. And which election would that have been?
6 A. I couldn't tell you that. That's why I asked you if you
7 was going to try to --
8 Q. All right. If you know which election --
9 A. Okay.
10 Q. -- as you name someone, then you can volunteer that for
11 me. If you don't know the election, the jury and I will
12 assume you don't know the year.
13 A. Okay. Ella Wagers.
14 Q. All right.
15 A. The next one's her daughter, Bill Sester, Antwan Henson.
16 Q. Well, now, I think you've gotten away -- oh, no, that's
17 on that list, okay.
18 A. Stacey Perkins.
19 Q. Um-hmm.
20 A. James Goins and Chris Duff.
21 Q. She paid her son?
22 A. She paid her son, yes.
23 Q. Let's go to the next page.
24 A. Ralph Bowling, Marianne Smith, Anthony "Pepper" Gilbert,
25 Vic Gilbert, Saffey Hipsher, Sophie Sizemore.

*W. WHITE - Recross (Ms. Hughes)* 6

1     THE COURT: Slow down just a little bit.
2 A. Amy Abner, Mary Gail Roberts, Lisa Buttery, Sam Buttery,
3 Sarah Gilbert, Tim Pennington.
4 Q. I don't see Tim Pennington. Have you gone on to page 3?
5 A. Yes.
6 Q. All right.
7 A. Eddie Davidson.
8 Q. Are you on page 4?
9 A. Yes.
10 Q. Thank you.
11 A. Gail Roberts, it says Gail Roberts' daughter, Carol
12 Hacker.
13 Q. Do you know Gail Roberts' daughter's name?
14 A. No.
15 Q. But she lives at Beech Creek, if I'm --
16 A. She did at that time, yes.
17 Q. I'm sorry. Keep going.
18 A. Christina Hacker Riley, Carol Hacker.
19 Q. Hold on. You're faster than I am. I see Carol Hacker,
20 okay.
21 A. That's the end of the list.
22 Q. And so it's your testimony that you witnessed Debbie
23 Morris pay money for their vote to each of those people that
24 you just identified for the jury?
25 A. I have seen her, yes.

*W. WHITE - Recross (Ms. Hughes)* 7

1  Q.  So if asked, you believe that those people would testify
2  that they received money --
3  A.  I believe they would.
4           MR. SMITH:  Your Honor, I'm going to object.
5           THE COURT:  Sustained to what they may or may not
6  testify.
7           MS. HUGHES:  I understand.  Thank you.
8                              * * *

                        C E R T I F I C A T E

           I, LISA REED WIESMAN RDR-CRR, certify that the
foregoing is a correct excerpted transcript from the record of
proceedings in the above-entitled case.


 \s\ Lisa Reed Wiesman                    February 26, 2010
LISA REED WIESMAN, RDR-CRR                Date of Certification
Official Court Reporter