UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
FILED
APR 15 2010
AT FRANKFORT
LESLIE G. WHITMER
CLERK: U.S. DISTRICT COURT

**CRIMINAL NO. 09-16-S-DCR**

UNITED STATES OF AMERICA     PLAINTIFF

V.     **PRELIMINARY JUDGMENT OF FORFEITURE**

RUSSELL CLETUS MARICLE, ET.AL.     DEFENDANTS

\* \* \* \* \* \* \* \* \* \*

Based upon the Special Verdict on Forfeiture reached by the jury at trial, and for the reasons stated at bar, it is hereby;

**ORDERED, ADJUDGED** and **DECREED** that the following property is hereby condemned and forfeited to the United States of America pursuant to Title 18, United States Code, Section 1963 and Title 18, United States Code, Section 982, to wit:

**MONEY JUDGMENT AS TO COUNT 12:**

$3,200,000.00 (Three Million Two Hundred Thousand Dollars), which sum represents the gross proceeds in aggregate obtained by the defendants as the result of the aforesaid violation, and for which the defendants are jointly and severally liable.

**MONEY JUDGMENT AS TO COUNT 13:**

$1,513,512.36 (One Million Five Hundred Thirteen Thousand Twelve Dollars and Thirty-Six Cents), which sum represents the gross proceeds in aggregate obtained by the defendants as the result of the aforesaid violation, and for which the defendants are jointly and severally liable.

It is further ORDERED that the United States Marshal shall seize forthwith the aforedescribed forfeited property and dispose of the said property in accordance with the law. The United States Marshal shall provide notice as required by law.

The United States is authorized to conduct appropriate discovery and to conduct any necessary ancillary proceedings as provided by Title 21, United States Code, Section 853(n) as to the rights of third parties who may have an interest in the property forfeited herein.

It is further ORDERED that the Clerk deliver copies of this Order to all counsel of record and the United States Marshal for the Eastern District of Kentucky.

Dated: 4/15/2010

_____
UNITED STATES DISTRICT JUDGE

Prepared by:

EDWIN J. WALBOURN, III.
UNITED STATES ATTORNEY


/s/ David Y. Olinger, Jr.
David Y. Olinger, Jr.
Assistant United States Attorney
260 W. Vine St., Suite 300
Lexington, Kentucky 40330
(859) 233-2661