```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF KENTUCKY
 2               SOUTHERN DIVISION AT LONDON

 3 UNITED STATES OF AMERICA    .     Docket No. CR 09-16-S
                                .
 4      vs.                     .     Frankfort, Kentucky
                                .     February 19, 2010
 5 RUSSELL CLETUS MARICLE       .     1:00 p.m.
   DOUGLAS C. ADAMS             .
 6 CHARLES WAYNE JONES          .     Trial
   WILLIAM R. STIVERS           .
 7 FREDDY W. THOMPSON           .     VOLUME 10-B
   WILLIAM B. MORRIS            .
 8 DEBRA L. MORRIS              .
   STANLEY BOWLING              .
 9
                     TRANSCRIPT OF TRIAL
10        BEFORE THE HONORABLE DANNY C. REEVES
                UNITED STATES DISTRICT JUDGE
11 APPEARANCES:
   On behalf of the Plaintiff:  STEPHEN C. SMITH, ESQ.
12                              JASON D. PARMAN, ESQ.

13 On behalf of the Defendant   DAVID S. HOSKINS, ESQ.
   Russell Cletus Maricle:      MARTIN S. PINALES, ESQ.
14
   On behalf of the Defendant   R. KENT WESTBERRY, ESQ.
15 Douglas C. Adams:            MS. KRISTEN N. LOGAN

16 On behalf of the Defendant   T. SCOTT WHITE, ESQ.
   Charles Wayne Jones:
17
   On behalf of the Defendant   ROBERT L. ABELL, ESQ.
18 William R. Stivers:

19 On behalf of the Defendant   RUSSELL JAMES BALDANI
   Freddy W. Thompson:          R. TUCKER RICHARDSON III
20
   On behalf of the Defendant   JERRY W. GILBERT, ESQ.
21 William B. Morris:

22 On behalf of the Defendant   ELIZABETH SNOW HUGHES,
   Debra L. Morris:                ESQ.
23
   On behalf of the Defendant   DANIEL A. SIMONS, ESQ.
24
   Court Reporter:              K. ANN BANTA, RPR, CRR
25
```

```
 1  Appearances of Counsel:

 2  On behalf of the Plaintiff:      STEPHEN C. SMITH, ESQ.
                                     JASON D. PARMAN, ESQ.
 3                                   Assistant U.S. Attorneys
                                     601 Meyers Baker Road
 4                                   Suite 200
                                     London, KY 40741
 5
    On behalf of the Defendant      DAVID S. HOSKINS, ESQ.
 6  Russell Cletus Maricle:         107 East First Street
                                    Corbin, KY 40701
 7
                                    MARTIN S. PINALES, ESQ.
 8                                  150 East Fourth Street
                                    Federal Reserve Building
 9                                  Cincinnati, OH 45202

10  On behalf of the Defendant      R. KENT WESTBERRY, ESQ.
    Douglas C. Adams:               MS. KRISTEN N. LOGAN
11                                  220 West Main Street
                                    Suite 1900
12                                  Louisville, KY 40202

13  On behalf of the Defendant      T. SCOTT WHITE, ESQ.
    Charles Wayne Jones:            133 West Short Street
14                                  Lexington, KY 40507

15  On behalf of the Defendant      ROBERT L. ABELL, ESQ.
    William R. Stivers:             120 North Upper Street
16                                  Lexington, KY 40507

17  On behalf of the Defendant      RUSSELL JAMES BALDANI
    Freddy W. Thompson:             R. TUCKER RICHARDSON III
18                                  300 West Short Street
                                    Lexington, KY 40507
19
    On behalf of the defendant      JERRY W. GILBERT, ESQ.
20  William B. Morris:              212 North Second Street
                                    Richmond, KY 40475
21
    On behalf of the Defendant      ELIZABETH SNOW HUGHES
22  Debra L. Morris:                201 West Short Street
                                    Lexington, KY 40507
23
    On behalf of the Defendant      DANIEL A. SIMONS, ESQ.
24  Stanley Bowling:                116 West Main Street
                                    Suite 2A
25                                  Richmond, KY 40476
```

1  Appearances (Continued):

2  Court Reporter:                      K. ANN BANTA, RPR, CRR
                                        Official Court Reporter
3                                       United States District
                                            Court
4                                       101 Barr
                                        Lexington, KY 40507
5                                       (502) 545-1090

6  Proceedings recorded by mechanical stenography,
   transcript produced by computer-aided transcription.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    Friday afternoon session,

2                    February 19, 2010, 1:00 p.m.

3                         - - -

4          (The following proceedings were had out of

5    the presence and hearing of the jury and in open

6    court.)

7          THE COURT:  Thank you.  The jury is not

8    present at this time.  Parties and counsel are

9    present.

10          Mr. Smith, I understand you have an issue to

11    take up outside the presence of the jury?

12          MR. SMITH:  Yes, Your Honor, I apologize for

13    taking up the court's time.

14          But I felt compelled to at least set the

15    record straight about this discovery issue that

16    Mr. Hoskins raised before our break.

17          And specifically, my recollection was that

18    the witness -- Mr. Maricle dropped off two.

19          And these are the two file folders that he

20    dropped off, and they are, as I recall, videotapes.

21    There is no documents in those.

22          I was shown my file when Mr. Hoskins wrote me

23    a letter on November 30th asking for, quote, "the file

24    given to you in open court by Gary Gregory."  That was

25    his request.

1          My notes show that I -- in a conversation

2  with him told him I only had tapes.

3          I do recall telling him that several times,

4  that I had the tapes.

5          Over the break, agents that are working on

6  this case had located a document file that had been

7  given to them from a different source at a different

8  time.

9          And it's not information under Rule 16 that's

10 discoverable because we had no intentions of using it

11 in our case in chief.

12          So I feel again that -- again, I hate to take

13 up the court's time, but I wanted to put this on the

14 record so that in subsequent review it will be clear

15 as to how this discovery issue has been handled from

16 our office.

17          THE COURT:  All right.  Mr. Hoskins, do you

18 have the tapes that have been referenced, the videos?

19          MR. HOSKINS:  I do, Your Honor, and

20 Mr. Smith's correct, we talked about that.  He told me

21 he had tapes.

22          And I said, "I have the tapes."  I needed the

23 paper documents.  That's what I was looking for.

24          I believe that included in the stuff I

25 reviewed during the lunch hour, the materials that I

1   was most interested in which would be police reports

2   and witness statements from the incident when Corky

3   Price was involved in trying to kill this woman.

4           I believe I have got that stuff, Your Honor,

5   or at least they let me look at it and said I could

6   have copies of it.  So I believe that will solve my --

7   my problem.

8           THE COURT:  Okay.  All right.  Catastrophe

9   averted.

10          Any other issues that need to be taken up

11  before we bring the jury back in?  No?  Bring the jury

12  in first.

13          (The jury resumed their places in the jury

14  box, and the following proceedings were had in open

15  court.)

16          THE COURT:  Thank you, and please be seated.

17  Bring the witness in.

18          (The witness was brought into the courtroom

19  at this time and resumed the witness stand.)

20          THE COURT:  The record will reflect that all

21  members of the jury are present.  The parties and

22  counsel are also present.

23          And Miss White, of course you are still under

24  oath.

25          Mr. Smith, you may continue your examination

Wanda White – Direct Examination

1  of the witness.

2          MR. SMITH:  Thank you, Your Honor.

3                      – – –

4      WANDA WHITE, PLAINTIFF'S WITNESS, PREVIOUSLY

5  SWORN

6                  DIRECT EXAMINATION (Resumed)

7  BY MR. SMITH:

8  Q.  Miss White, I believe at the lunch break, we were

9  discussing with the court and jury how your

10  participation in the City of Manchester progressed

11  into the year of 2004.

12  A.  Yes.

13  Q.  Do you remember those questions?  I would like to

14  pick up in 2004.

15      You had indicated that there was a change of

16  plans.

17      Your husband decided not to run for city council

18  and take the city job.

19  A.   Right.

20  Q.  And were there at that time an interest in the

21  election of 2004 that you and your husband had

22  otherwise?

23  A.   Barbara Colter.

24  Q.  Okay, and what was she running for?

25  A.   State representative again.

Wanda White – Direct Examination

1 Q.   And at that time, in 2004, how is it that you and

2 your husband participated in her election?

3 A.   We hauled voters.   Same -- same way we had

4 before.

5 Q.   Okay, and when you say hauled voters the same way

6 you did before, do you mind telling us again how that

7 worked in '04, please?

8 A.   We hauled voters and -- to the voting precincts

9 all over the county because she was a state -- a

10 countywide race and took them to Bart Morris's to be

11 paid.

12 Q.   Okay.   Now, the home of Bart Morris and Debbie

13 Morris you mentioned earlier was on Green Street?

14 A.   Yes.

15 Q.   Is that where that home continued or the place

16 that you continued to take your voters existed?

17 A.   Yes.

18 Q.   Okay, and who was involved, again, according to

19 the scheme to help pay voters that had been bribed to

20 vote in that election?

21 A.   Vernon Hacker and Darnell Hipsher.

22 Q.   Okay, and was there a organized effort in that

23 early voting in the primary of 2004?

24 A.   There was.

25 Q.   And did it also have twelve days of voting

Wanda White - Direct Examination

1  leading up prior to the -- the election day?

2  A.   Yes.

3  Q.   And at that time period, your role would have

4  been what in that early voting period?

5  A.   Haul voters in to vote absentee.

6  Q.   Okay, and did you have help?

7  A.   I did.

8  Q.   Who do you recall helped you in hauling the

9  voters in the primary of 2004?

10  A.   Mary Gail Roberts and her daughter.

11  Q.   Okay.

12  A.   Shirley Turner.

13  Q.   Okay.

14  A.   Bill White.

15  Q.   Okay.

16  A.   James Goins.

17  Q.   Anyone else?

18  A.   That's who I recall.

19  Q.   Okay.  And you said you used the same method of

20  operation that you did in the 2002 elections?

21  A.   Yes.

22  Q.   Now, in the fall of -- I'm sorry, in that spring

23  election of 2004, you indicated that there was your

24  husband's Aunt Barbara running for state

25  representative.

Wanda White – Direct Examination

1    Was there others that had organized and pooled
2  their money to organize again with you in that race?
3  A.   That was our primary was her.   There was,
4  however, city council race in the fall.
5  Q.   Okay, but as to the primary election, she was the
6  -- the main concern?
7  A.   Yes.
8  Q.   And who did you have organized in the scheme
9  within the Board of Elections as an election officer
10 to assist you in making sure that the bribed voters
11 voted the way you had paid them to vote?
12 A.   I'm sorry, ask me that again.
13 Q.   Who was inside the election polls operating as an
14 election officer in the scheme and primary of 2004 to
15 ensure that the voters voted the way you had bribed
16 them to vote?
17 A.   I didn't go inside.
18 Q.   Okay.
19 A.   I hauled them to the voting precinct.
20 Q.   And who took them from there?
21 A.   James Goins, Darnell Hipsher, Vernon Hacker.
22 Q.   Okay, so where were you picking up your voters?
23 A.   Mostly at Barbara's house in the lane.
24 Q.   Barbara who?
25 A.   Barbara Colter.

Wanda White - Direct Examination

1  Q.    In what lane?

2  A.    There is a lane that runs between her home and

3  our home.

4  Q.    Okay.

5  A.    So they would bring them there, and then from

6  there we would take them to where they needed to go.

7  Q.    And you said you were doing this all over the

8  county and in other precincts other than --

9  A.    Uh-huh.

10  Q.    -- Manchester?

11  A.    Yes.

12  Q.    And were you privy to knowing how Vernon Hacker

13  and Darnell Hipsher were doing it once they got into

14  the voting polls?

15  A.    They took them inside to the poll worker on the

16  inside.

17  Q.    Okay.  And did you witness this happening?

18  A.    I witnessed them taking them inside.

19  Q.    Okay.  Did you know what kind of symbol or what

20  kind of signal was used by the poll worker to Darnell

21  Hipsher and Vernon Hacker in that primary '04

22  election?

23  A.    I am not sure.

24  Q.    Okay.  So your role was basically to pick up the

25  voters from a place and take them to Darnell and

Wanda White – Direct Examination

1  Vernon Hacker?

2  A.  Yes.

3  Q.  Where were they stationed?

4  A.  Manchester precinct, east Manchester precinct.

5  Q.  Okay.  So they were at the Manchester precinct

6  itself?

7  A.  Yes.

8  Q.  Okay.  Where did Bart Morris's residence and

9  property play into the scheme in the primary of '04?

10 A.  It's less than a half a mile from the voting

11 precinct.

12 Q.  Okay, and what role did the Morrises play in that

13 particular election?

14 A.  They paid the voters.

15 Q.  Okay, how did that work?

16 A.  The same as it had in '02.  They checked their

17 list off.

18     The voting -- the vote haulers brought them in,

19 said, "I took them to vote, they voted, this is how

20 many we have."

21 Q.  Okay, and there was activity that were going on

22 in the early voting period you say?

23 A.  Yes.

24 Q.  And the same activity on election day?

25 A.  Yes.

Wanda White – Direct Examination

1  Q.   And, again, in this particular election, did you

2  handle money in this primary '04 election?

3  A.   I did not.

4  Q.   Okay.  Who was, quote, unquote, "handling the

5  money for the organization"?

6  A.   I can tell you who was handling Barbara Colter's

7  money.

8  Q.   That's my question.

9  A.   Yancey White.

10 Q.   Okay, and how was the money getting from Yancey

11 White to the Morrises?

12 A.   Barbara Colter was giving it to Yancey White.

13 Q.   How was the money getting from Yancey White to

14 the Morrises?

15 A.   They disbursed it through Vernon Hacker, through

16 Darnell, through Kennon.

17 Q.   Who disbursed it?

18 A.   Yancey would disburse it.

19 Q.   But how did the Morrises play a part in

20 distributing the monies?

21 A.   They paid the voters.

22 Q.   Where did they get the money from?

23 A.   They got the money from the vote handlers, Kennon

24 White, Vernon Hacker, Darnell Hipsher.

25      Just that's how they got the money, that's how it

Wanda White - Direct Examination

1 came to them.

2 Q.   What did Debbie Morris do?

3 A.   She paid the voters and marked them off the

4 list.

5 Q.   Did you see an amount of money at any time where

6 it changed hands in large sums in that primary '04

7 election?

8 A.   I did.

9 Q.   And tell us what you saw.

10 A.   I saw -- well, I saw the Morrises with thousands

11 of dollars.

12 Q.   And where did you see that money?

13 A.   At their house.

14 Q.   Okay, what other money did you see?

15 A.   I saw Barbara Colter's money.

16 Q.   Okay.  And what denomination of money did you see

17 with her?

18 A.   Well, she borrowed 20,000 from my husband in two

19 different times at 10,000 apiece.

20 Q.   She borrowed 10,000 at two times?

21 A.   Yeah.

22 Q.   And that was to be used for what?

23 A.   For vote buying.

24 Q.   And where did you all get the money to loan your

25 aunt or his Aunt Barbara?

Wanda White – Direct Examination

1  A.   I had it in my savings.

2  Q.   Okay.

3  A.   We had sold our home and had equity from our

4  home, so --

5  Q.   So when you delivered this money, who did you

6  give the money to?

7  A.   He gave it directly to Barbara Colter.

8  Q.   You say that was a loan?

9  A.   It was a loan.

10  Q.   Did she repay it?

11  A.   She did.

12  Q.   Did she repay it before or after the election?

13  A.   She paid it before the election, as best I

14  recall.

15  Q.   So, in other words, you could be a part of this

16  organization and scheme and primary of 2004 and be

17  intricate in making sure that it was executed without

18  handling money yourself.  Is that what you are saying?

19  A.   Sure.

20  Q.   You didn't actually have to handle money yourself

21  to be a part of this?

22  A.   You didn't have to, no.

23  Q.   All right.  Now, 2004 primary election, what was

24  the results of your aunt's bid for state

25  representative?

Wanda White - Direct Examination

1  A.   She was defeated.

2  Q.   Okay, and were -- were you privy to who had

3  organized the campaign against her on the other side?

4  A.   Doug Adams had organized the campaign against

5  her.

6  Q.   And who was he supporting?

7  A.   Tim Couch.

8  Q.   Okay.  And what evidence were you able to observe

9  to substantiate that Doug Adams was supporting Tim

10 Couch in that primary election?

11 A.   How did I observe it?  All of his people he kept

12 around him supported him.

13      It was well known throughout the county that he

14 supported him.

15 Q.   Okay, what did you observe, ma'am, with your eyes

16 that you could say was evidence that Doug Adams and

17 Tim Couch were aligned together in supporting this

18 other faction that was running in that race?

19 A.   With my eyes, I don't know.  My husband saw.

20          MR. WESTBERRY:   Objection.

21          THE COURT:   Overruled.

22 BY MR. SMITH:

23 Q.   When you were involved in hauling voters for your

24 slate --

25 A.   Right.

Wanda White - Direct Examination

1  Q.    -- did you observe someone that was doing the

2  same type of function for the other slate?

3  A.    I did.

4  Q.    And who did you see?

5  A.    Bobby "Red" Sams mainly.

6  Q.    And who is Bobby "Red" Sams?

7  A.    You know, I couldn't tell you really who he is.

8  I don't know who his family is, I don't -- I just know

9  him.

10 Q.    Can you describe maybe what he looked like?

11 A.    He is a red-headed man, probably in his early

12 forties.

13 Q.    And had you had any contact or knowledge of Bobby

14 "Red" Sams before this primary of 2004 election?

15 A.    He supported Charles Marcum in the election

16 against my husband.

17 Q.    Ma'am, when you say "supported," what do you

18 mean?

19 A.    I mean he worked for him.

20 Q.    And how did he work for him?

21 A.    He was a vote hauler and vote runner for Charles

22 Marcum.

23 Q.    A vote hauler?

24 A.    Yes.

25 Q.    Hauling voters to be bribed or voters to vote?

Wanda White – Direct Examination

1   A.   Voters to be bribed.

2   Q.   Okay, and did you see that in 2002?

3   A.   I did.

4   Q.   You witnessed it yourself?

5   A.   I did.

6   Q.   And did he do so in large numbers or small

7   numbers?

8   A.   Large numbers.

9   Q.   So in 2004 primary, you saw him lined up against

10  you in doing the same function in the primary?

11          MR. WESTBERRY:  Objection, leading.

12          THE WITNESS:  I did.

13          THE COURT:  Overruled.

14  BY MR. SMITH:

15  Q.   Was he assisted inside by election officers?

16  A.   I believe he was.  Can I add something to that?

17  Q.   Yes, ma'am.

18  A.   Bobby "Red" Sams, I witnessed him approach

19  Barbara Colter to do the same scheme for her.

20      And she indicated to him that she knew that he

21  was working for the other side.

22  Q.   And did this occur in that 2004 race?

23  A.   It did.

24  Q.   Okay.  Was there a fall November 2004 election?

25  A.   Yes.

Wanda White - Direct Examination

1  Q.   And do you recall any offices or races that you

2  were interested in yourself in the November 2004?

3  A.   No.

4  Q.   You had no interest in the city council race

5  personally?

6  A.   No.

7           MR. WHITE:   Objection, leading, Your Honor.

8           THE COURT:   Overruled.

9  BY MR. SMITH:

10 Q.   The school board, did you have any interest in

11 that race?

12 A.   We had an interest in Dobber Weaver running for

13 school board.

14 Q.   And Dobber Weaver was -- where do you know him

15 from?

16 A.   I know him from that -- he was the fire chief at

17 Manchester City Hall, and I went to school with him.

18 Q.   Okay.  So he was an employee of the city?

19 A.   He wasn't on the payroll.  They are not -- they

20 are volunteer firefighters.

21 Q.   And he was running against whom?

22 A.   I couldn't be certain, I think it was a Keith, I

23 don't know his first name.

24 Q.   Last name Keith?

25 A.   Yes.

Wanda White – Direct Examination

1  Q.   And yourself, did you get involved actively in

2  assisting Weaver in his bid for school board?

3  A.   We hauled voters for him.

4  Q.   And who is "we"?

5  A.   My husband and family members and friends.

6  Q.   Okay, when you say "family members," family

7  members of whom?

8  A.   My family members.

9  Q.   And when you are hauling voters in that election,

10 was it for the purpose of them to be bribed and

11 bought?

12 A.   It was.

13 Q.   And you say there were others.  Do you remember

14 any of their names?

15 A.   Shirley Turner.

16 Q.   Okay.

17 A.   And her boyfriend, I don't recall his name.

18 Q.   Now, had you had any meetings before the November

19 2004 and participated in those meetings as far as

20 aligning a ticket or slate?

21 A.   Early -- earlier, not in the November.  It was

22 already set up in the earlier election.

23 Q.   What was already set up?

24 A.   Who would be doing the hauling and buying and --

25 Q.   All right.  But you understand what I am talking

Wanda White – Direct Examination

1  about a ticket or slate, right?

2  A.   I do.

3  Q.   That would be what, in your understanding?

4  A.   A ticket or slate?

5  Q.   Yes, ma'am.

6  A.   It would be the candidates that were running that

7  the people supported and that's who they were going to

8  buy votes for.

9  Q.   Did you participate in any of the meetings where

10  a slate or ticket was discussed for the November 2004

11  election?

12  A.   I did.

13  Q.   And tell us about that, ma'am.

14  A.   Well, some of them took place in Barbara's home,

15  Barbara Colter's home.  Some of them took place at

16  Bart Morris's home.

17  Q.   Okay, were you still meeting at Barbara's home

18  after she got defeated in the primary?

19  A.   Yes.

20  Q.   Okay, and who were you meeting with?

21  A.   Yancey White.

22  Q.   Okay, and what others were involved in the

23  meetings you say at Bart Morris's?

24  A.   Jennings was involved.

25  Q.   Okay, Jennings who?

Wanda White - Direct Examination

1 A.    Jennings White.

2 Q.    Okay, and at that time did he hold any positions

3 in public office?

4 A.    He was the county clerk.

5 Q.    When did he get defeated?

6 A.    '02, I think.

7 Q.    Okay, and this meeting occurred in '04?

8 A.    So he had been defeated, yes.

9 Q.    So in that meeting --

10 A.    He was still participating.

11 Q.    He was still participating --

12 A.    Yes.

13 Q.    -- in these voter fraud schemes?  And what was

14 discussed to your knowledge, ma'am, about how the

15 ticket was going to be arranged for the fall of 2004?

16 A.    The same scheme that it always had been.

17 Q.    Who was going to be on the ticket, ma'am?

18 A.    Barbara Colter was their only concern.

19 Q.    In the fall of 2004?

20 A.    Yes, that was my husband and my only concern.

21 Q.    Okay, I may be confused, but I thought you said

22 in 2004 fall election that it was Dobber Weaver that

23 you were concerned about.

24 A.    If he ran in the fall it was.

25 Q.    Well, let's assume at this point that that's

Wanda White – Direct Examination

1  where I am.  I am talking about the Dobber Weaver

2  race.

3  A.    Okay.

4  Q.    And regardless of your recollection of when that

5  was, who -- or was there discussion at the time when

6  you were supporting Weaver for his bid for school

7  board?

8            MR. WHITE:  Objection, Your Honor, I believe

9  that was speculative rather than based on facts.

10           THE COURT:  There was some discussion,

11  overruled.

12           MR. SMITH:  Thank you, Your Honor.

13  BY MR. SMITH:

14  Q.    At the time that you were in the meetings

15  discussing your support for Dobber Weaver --

16  A.    Right.

17  Q.    -- were there other candidates discussed in those

18  meetings that were going to be a part of the scheme

19  that you were involved in which meant buying votes for?

20  A.    Not that I know of.  Not that I can remember.

21  Q.    So he was the only one that you remember?

22  A.    He is the only one I remember.

23  Q.    Were there city council people running in that

24  race to your recollection?

25  A.    There was, but they really didn't have any

Wanda White - Direct Examination

1  problem getting in.

2  Q.   So what was your role, ma'am, for the November

3  2004 election in this scheme?  What role did you --

4  A.   I hauled voters for Dobber Weaver.

5  Q.   And where did you haul?

6  A.   I went in the Beach Creek area and picked up

7  voters at the apartments and hauled them.

8  Q.   And where did you haul them to?

9  A.   To the middle school.

10  Q.   Okay.  Now, during the time that you are

11  participating in November of 2004 and also in the

12  primary of 2004, did you and your husband continue to

13  meet with Cletus Maricle?

14  A.   Yes.

15  Q.   And in those meetings with Cletus Maricle, did

16  you discuss at any time what you were going to be

17  doing in this illegal voter fraud scheme with Cletus

18  Maricle?

19  A.   He was aware of it, yes.

20  Q.   And how is it that you made him aware of it?

21  A.   Well, he come up to the vehicle when we were

22  hauling voters, and -- and we had the Suburban packed

23  full.

24      And he said, "It looks like you are doing a fine

25  job.  Keep it up."  So I mean, he was aware.

Wanda White – Direct Examination

1  Q.   Okay, now, following your involvement in this
2  spring and fall 2004, when was it that Cletus Maricle
3  approached you to help him with his son-in-law's race?
4  A.   Not long after that election was over.
5  Q.   Months, years, or do you recall?
6  A.   Weeks after.
7  Q.   Okay, and if you could recall that first
8  conversation when it came up about Phillip Mobley.
9  A.   He told me that Phillip had interest in running
10 for that office and we had to make some changes, that
11 what we did the last time hadn't worked.
12      So we had to make some changes, get people in
13 there that we could trust and asked me if I would be
14 interested in being an election officer.
15 Q.   Now, he said he didn't want it to happen like it
16 did the last time.  What was he referring to?
17 A.   I feel like he was referring to Barbara's defeat.
18 Q.   Okay.  And so what else was discussed with him in
19 that first meeting?
20 A.   That was basically it, just the interest of
21 whether I would serve or not.
22 Q.   Okay.  And what was your response?
23 A.   I would have to think about it.
24 Q.   Okay.  And so what happened then?
25 A.   My husband and I discussed it.  We discussed it

Wanda White – Direct Examination

1  with Doug and other people.

2      And we discussed it with Cletus several more

3  times, and I said yes, that I was interested.

4  Q.   Now, did he make it clear to you in that first

5  meeting that you are going to have to change parties?

6  A.   He did.

7  Q.   And how long had you been a Republican?

8  A.   Well, I am thirty some years old, so I guess

9  thirty some years.

10  Q.   Okay.

11  A.   Or whenever I registered when I was eighteen.  I

12  don't know, twenty years, twenty years maybe.

13  Q.   So you had always been a Republican as long as

14  you had been registered?

15  A.   Yeah.

16  Q.   So you were instructed by him you had to change

17  parties?

18  A.   Yes.

19  Q.   And did that cause you any extra concern?

20          MR. WHITE:  Objection, Your Honor.

21          THE WITNESS:  Not really, no.

22          MR. WHITE:  Asked and answered.  I believe we

23  went over this before lunch.

24          THE COURT:  Overruled.

25          MR. WHITE:  And I would also ask Your Honor,

Wanda White – Direct Examination

1  if I could, if you could instruct the witness to wait

2  to answer before Your Honor has ruled on our

3  objections, please.

4         THE COURT:  All right.  Miss White, when

5  there is an objection, if you could wait until after I

6  have ruled on it before you answer.

7         THE WITNESS:  Okay.

8         THE COURT:  If I have overruled the

9  objection, you can go ahead with your answer.

10        But if I sustain it, then you can't answer

11 the question.

12        This objection's overruled, so you can answer

13 the question, if you recall it.  Do you recall the

14 question?

15        THE WITNESS:  I can?

16        THE COURT:  Yes, ma'am.

17        THE WITNESS:  What was the question?

18 BY MR. SMITH:

19 Q.  I apologize.

20        MR. SMITH:  If the court reporter would

21 repeat that question back to the witness?

22        THE COURT:  I believe the question was, "So

23 you have always been a Republican as long as you have

24 been registered?"  The answer was yes.

25        "So you were instructed by him you had to

Wanda White – Direct Examination

1 change parties?"  And the answer was yes.

2 　　　　Then the question that's pending is, "Did

3 that cause you any extra concern?"

4 　　　　THE WITNESS:  Not really, no.

5 BY MR. SMITH:

6 Q.  So as it was laid out to you initially, if I get

7 this right, you are going to change parties, you are

8 going to help Phillip Mobley, and you are going to be

9 an election officer?

10 A.  Yes.

11 Q.  Did you ever ask him, "What's in it for me?"

12 A.  He told me what was in it for him.

13 Q.  When did he tell you what was in it for you?

14 A.  That second or third meeting we had.

15 Q.  Okay.  Could you explain?

16 A.  He told me that I would receive a job, that he

17 would find me a job, a good job.

18 Q.  Okay, now, at that time did you have a job?

19 A.  I did.

20 Q.  And what job did you have?

21 A.  Manchester Police Department.

22 Q.  Okay, and were you seeking a job at that time,

23 another job?

24 A.  I was.  I wasn't happy there.

25 Q.  And how did he know that?

Wanda White – Direct Examination

1  A.   I had expressed it to him.

2  Q.   In what way?

3  A.   There was just so much conflict going on at the

4  police department with the officers and -- and

5  Kennon's dad being the mayor and me working there.

6      It just didn't -- it didn't pan out too well.

7  There was a lot of conflict.

8  Q.   Now, did you visit Cletus Maricle on social

9  occasions, outside and apart, separate from political

10 reasons?

11 A.   I did.

12 Q.   In what settings was it that you were sharing him

13 your desire to get out of that job?

14 A.   Cookouts, just primarily in his home, different

15 occasions.

16 Q.   How often would you and Kennon go over socially

17 to Cletus Maricle's home?

18 A.   Three to five times a week maybe.

19 Q.   Three to five times a week?

20 A.   A week, yeah.

21 Q.   Were those after evening hours or middle of the

22 day or when?

23 A.   Just different times.

24 Q.   Okay.  They would come over and visit you in your

25 home?

Wanda White - Direct Examination

1  A.   They did.

2  Q.   And how often would they come over to your house?

3  A.   Often.  Once, twice a week.

4  Q.   Now, this relationship you said, while social,

5 you all discussed you being involved in this election

6 officer position?

7  A.   Yes.

8  Q.   And you said there were a couple conversations

9 after that.

10     When is it that you actually agreed with Cletus

11 Maricle to do this?

12  A.   Right after Christmas.

13  Q.   Okay, and after Christmas of '04, '05?

14  A.   '04.

15  Q.   Okay, and do you recall the circumstances in

16 which you told him that?

17  A.   He asked me if I had made up my mind, and I said,

18 "Yeah, I think -- I think I will."

19  Q.   Now, this would have been almost, according to

20 the last exhibit, I believe April '06 before you got

21 the official letter?

22  A.   Yeah.

23  Q.   Were there times between April '06 and this

24 discussion at Christmas '04 where you all talked about

25 this further?

Wanda White - Direct Examination

1  A.   We talked about it, yes, several times a week.

2  Q.   You talked about what?

3  A.   We talked about me serving as election officer,

4  what it consisted of and expectations that were --

5  Q.   Okay.

6  A.   -- involved with it.

7  Q.   And how long did it take you to fully understand

8  what he was asking you to do?

9  A.   I knew what he was asking me to do.

10 Q.   Well, when is it that you recall that you had

11 come to the full understanding of what he wanted you

12 to do?

13 A.   I don't understand your question.  I don't know.

14 I don't know, I can't answer that.

15 Q.   Well, what was your full understanding of what he

16 wanted you to do?

17 A.   My full understanding was that I was to ensure

18 that Phillip Mobley won his election in the Manchester

19 precinct in which I would be serving.

20 Q.   Okay, now, Phillip Mobley, related to Cletus

21 Maricle?

22 A.   It's his son-in-law.

23 Q.   Okay, and you say you were to ensure his success

24 in the Manchester precinct.

25 A.   Yes.

Wanda White – Direct Examination

1  Q.   Did he tell you any details about how you could

2  accomplish that goal?

3  A.   He told me that I would be getting with William

4  Stivers and Wayne Jones, and they would school me on

5  anything I needed to know and rely and depend on them,

6  that they had done it before and had always done what

7  was expected.

8      And the heat was on them too much, that William

9  Stivers had to back off a little bit and somebody had

10  to take his place.

11  Q.   So when he told you to go -- that you needed to

12  go be schooled by Wayne Jones and Stivers, what did

13  you do?

14  A.   Then I began having meetings with them.

15  Q.   And when you say "with them," who are you talking

16  about?

17  A.   Wayne Jones and William Stivers.

18  Q.   And where did you all have your meetings?

19  A.   In William Stivers's home.

20  Q.   Okay, and who would be present normally during

21  those meetings?

22  A.   Normally it would be William Stivers, his wife,

23  Wayne Jones, myself and my husband.

24  Q.   What's William Stivers's wife's name?

25  A.   Mary Betty.

Wanda White - Direct Examination

1  Q.   And do you recall the first time you went there?

2  A.   I don't recall.

3  Q.   Do you recall what was discussed while you were

4  there in those meetings?

5  A.   We discussed how we were going to do it, who was

6  going to be involved, who would we support.

7  Q.   Tell us what -- okay, and tell us what the

8  details were that you learned were going to be

9  required of you in serving as election officer for

10 this upcoming election in 2006?

11 A.   The details that I learned was that it wasn't

12 that hard.  It was quite simple.  They brought them

13 in.

14      At that time they were marking -- they were

15 either giving them a ticket or marking their hand.

16      So they told me that that -- one or the other or

17 both would be going on.

18 Q.   Mark whose hand?

19 A.   The voters.

20 Q.   Okay.

21 A.   The vote sellers.

22 Q.   And what was that going to signify to you as an

23 election officer?

24 A.   That I would then take care of them when they

25 come in to vote.

Wanda White – Direct Examination

1  Q.   Okay, who told you that this was going to be

2  utilized in the May 2006?

3  A.   All three of them told me, Wayne Jones, William

4  Stivers and Cletus Maricle.

5  Q.   Okay.  What else was fleshed out as you began

6  going to these meetings?

7      What else did you learn you were going to have to

8  do now?

9  A.   We went over lists that they had obtained and

10 kept over the last elections and studied the list and

11 contacts and addresses.

12 Q.   And what was the purpose of you all going over

13 these lists?

14 A.   The purpose was to identify the vote sellers.

15 Q.   Now, you have indicated in an earlier exhibit

16 there that you all had actually made a list.  You

17 typed it up.

18 A.   Yes.

19 Q.   Was that list ever used again after you got that

20 information and put it on paper?

21 A.   We referred back to that list, yes.

22 Q.   Did you refer to that list in 2006?

23 A.   We did.

24 Q.   All right.  Who else, to your knowledge, was

25 going to help in this effort?

Wanda White – Direct Examination

1  A.   Bart Morris and Stanley Bowling, Freddy Thompson
2  was helping, William Stivers, Wayne Jones, a list --
3  Q.   Let's talk about Bart Morris.
4  A.   Okay.
5  Q.   How was Bart Morris going to assist in this May
6  2006 scheme?
7  A.   He was going to continue the vote-selling scheme,
8  vote-buying scheme.
9  Q.   What do you mean "continue the vote-buying
10 scheme"?
11 A.   He was going to do what he had always done.
12 Q.   Okay, which was --
13 A.   Which was buy votes, pay voters.
14 Q.   All right, so you indicated Stanley Bowling.
15 What was his role?
16 A.   His role, he was -- he lined up his voters, same
17 way as always.
18 Q.   All right, and what do you mean when you say
19 "lined up his voters," ma'am?
20 A.   I mean he made contact with his voters and
21 arranged for them to be picked up and --
22 Q.   For what purpose?
23 A.   To sell their votes.
24 Q.   Okay.  Debbie Morris, what was her part?
25 A.   She was to pay the voters and do the same, line

Wanda White - Direct Examination

1 them up and arrange for them to be picked up.

2 Q.    Okay.  William Stivers, what was his role?

3 A.    His main role was to school me on what to do

4 inside the poll.

5      And he arranged voters and went over the list and

6 made contacts and --

7 Q.    Now, when you say schooling you about what to

8 do --

9 A.    Teaching me, he taught me.

10 Q.    And what did he teach you?

11 A.    He taught me how to -- how to manipulate people

12 when they come in and how to distract them.

13      He told me what to say, he told me who to look

14 for that would cause trouble.  He had served in the

15 same precinct before.

16 Q.    Okay.  So when you are saying serving, that was

17 while you were in there operating the voting machine?

18 A.    No.

19 Q.    Okay, what were you going to be serving as?

20 A.    Election officer.

21 Q.    What position were you going to serve in?

22 A.    Democratic judge.

23 Q.    And did that require you in certain instances to

24 go in and vote the voters?

25 A.    It did, but he wasn't there; is that your

Wanda White - Direct Examination

1  question was?

2  Q.   No, ma'am.

3  A.   Oh.

4  Q.   We are still talking about what he was schooling

5  you on.  We have not left that topic yet.

6  A.   Okay.

7  Q.   What else did he school you on?

8  A.   How to vote the machine.

9  Q.   How to vote the machine?

10 A.   Yeah.

11 Q.   Had you --

12 A.   Not be distracted.

13 Q.   Okay, did you have any help from anybody else

14 teaching you how to operate the machine?

15 A.   Wayne Jones and Freddy Thompson.

16 Q.   And tell us about that.  What role did they play

17 in teaching you how to operate the machine?

18 A.   Well, it was a new machine, so I never -- I

19 actually hadn't even voted on it before.

20     And they -- Freddy set up a -- it wasn't really a

21 dummy machine, but it had a dummy ballot on it that

22 sat outside his office in the clerk's office.

23     And I went down there several times prior to the

24 election and practiced with him on the machine as well

25 as Wayne Jones.

Wanda White – Direct Examination

1  Q.   Did any other election officer go with you to

2  that training?

3  A.   Dobber -- Charles Dobber Weaver.

4  Q.   And just the two of you?

5  A.   There were -- we are the ones that stayed

6  afterwards.

7  Q.   What do you mean "stayed"?

8  A.   Stayed after the meeting was over.

9  Q.   So you all had a separate instruction from the

10 other election officers?

11 A.   Yes.

12 Q.   And who gave you that instruction, ma'am, that

13 was separate from the officers, who did the

14 instructing?

15 A.   Wayne Jones and Freddy Thompson.

16 Q.   Okay, so what were they telling you in that

17 separate instruction after everybody else left?

18 A.   The way the machine was set up, there was a time

19 frame, that you only had a certain amount of seconds

20 that you could allow the person, the voter, to exit

21 the voting booth.

22      And they would then go in and show us the time

23 frame that we had in order to change the selections if

24 they made the wrong ticket selections.

25 Q.   Okay.  So the voter, you were instructed, had a

Wanda White – Direct Examination

1  certain amount of time?

2  A.   Once they cast the first cast ballot, they had a

3  certain amount of time, and a beeping sound would

4  sound after that amount of time.

5  Q.   And what were you instructed to do if the voter

6  walked away too soon?

7  A.   To go in and change their selections.

8  Q.   Okay, and to change their selections for -- for

9  what?

10  A.   The ticket that we were supporting.

11  Q.   Okay.  Had you all had meetings to discuss who

12  was going to be on the ticket?

13  A.   Yes.

14  Q.   Did that occur before your training at Freddy

15  Thompson's --

16  A.   Yes.

17  Q.   -- or after?

18  A.   Yes, before and after.

19  Q.   Okay.  So was there anybody else in there but

20  you, Charles Dobber Weaver, Freddy Thompson and Wayne

21  Jones when they were teaching you how to steal these

22  votes?

23  A.   I don't think so.

24  Q.   Did you know that's what they were doing was

25  coaching you how to steal votes?

40

Wanda White – Direct Examination

1  A.   I did.

2  Q.   And you agreed to do that?

3  A.   I did.

4  Q.   And this Charles Dobber Weaver, did he know

5  that's what they were asking him to do?

6  A.   He did.

7  Q.   And did he agree in your presence to do this?

8  A.   Yes.

9  Q.   Now, you said there were discussions about this

10  ticket.

11       This slate was going to be put together before

12  and after this training.

13  A.   Yes.

14  Q.   Could you tell us before who you met with?

15  A.   I met with Cletus and Wayne Jones and William

16  Stivers.

17  Q.   And was there anybody else present that you

18  recall?

19  A.   There were different -- yeah, there were

20  different politicians present at different meetings.

21  Q.   Okay.  Where were these meetings held, ma'am?

22  A.   In their home.

23  Q.   Whose homes?

24  A.   We had meetings at Cletus's home, meetings at

25  William Stivers's home, meetings at Bart Morris's

Wanda White – Direct Examination

1  home.

2  Q.   And to your recollection, ma'am, who was the

3  primary emphasis in this scheme in 2006 that you all

4  were going to put on the ticket or slate?

5  A.   Who was the primary?  It was Phillip Mobley.

6  Q.   Okay, and were there other candidates that also

7  come to make up the slate that you learned later?

8  A.   Yes.

9  Q.   And who were they?

10  A.   Carl "Crawdad" Sizemore, Tommy Harmon, Kevin

11  Johnson, Phillip Mobley, James Phillips.

12  Q.   And did this get communicated to both you and

13  Charles Dobber Weaver?

14  A.   Yes.

15  Q.   And how did Charles Dobber Weaver receive that

16  communication, to your knowledge?

17          MR. WHITE:  Objection, hearsay, Your Honor.

18          THE COURT:  Why don't you rephrase the

19  question?

20          I think I understand what you are asking, but

21  if you could please clarify.

22  BY MR. SMITH:

23  Q.   Were you present when Charles Dobber Weaver was

24  advised who was going to make up the slate?

25  A.   I was.

Wanda White – Direct Examination

1  Q.  Who else was present?

2  A.  My husband.

3  Q.  Who else?

4  A.  Bart Morris was present.

5  Q.  All right.

6  A.  Darnell Hipsher, Vernon Hacker.

7  Q.  And where did that meeting take place?

8  A.  At Bart's home.

9  Q.  And was this before the training at Freddy and

10 Wayne's or was it after?

11 A.  It was before.

12 Q.  And when you say it was at Bart's, the house on

13 Green Street?

14 A.  The house on Green Street.  It was when we first

15 got our instructions to -- for the training, right

16 before (indicating).

17 Q.  You are pointing to an exhibit there in front of

18 you?

19 A.  Yes.

20 Q.  What number exhibit is that?

21 A.  D4.

22 Q.  Okay.  Now, before serving as a -- an election

23 officer, did you pursue applying for jobs?

24 A.  Other jobs?  No.

25 Q.  What kind of job did you have an interest in when

Wanda White – Direct Examination

1    you were discussing it with Cletus Maricle?

2    A.   The drug court job.

3    Q.   Okay, and what was -- to your knowledge, the drug

4    court job, what did that include?

5    A.   It included monitoring the drug test of the

6    convicted people that come through the court system.

7    Q.   And who is over the drug court program there in

8    Clay County?

9    A.   Cletus Maricle.

10           MR. SMITH:  I would like to hand to the

11   witness what's marked as Government's Exhibit D2.

12           THE COURT:  D, Mr. Smith, D2?

13           MR. SMITH:  D as in dog.

14           THE COURT:  Thank you.

15   BY MR. SMITH:

16   Q.   Can you identify Government's Exhibit D2, ma'am?

17   A.   This is a copy of application that I filled out

18   at the office of Ella Nicholson.

19       And Cletus sent me there to fill out an

20   application with her.

21   Q.   Okay, who is Ella Nicholson, ma'am?

22   A.   She is an employee through the Circuit Court

23   system in Manchester.

24   Q.   Is that part of the drug court program?

25   A.   Yes.

Wanda White – Direct Examination

1   Q.   Is she over it in some capacity?

2   A.   I think she is, yes.

3   Q.   And you were sent there by whom?

4   A.   By Cletus.

5          MR. SMITH:  I would move for the introduction

6   of Government's Exhibit D2.

7          THE COURT:  Any objection?  Exhibit D2 will

8   be admitted at this time.

9          (GOVERNMENT'S EXHIBIT NO. D2 ADMITTED INTO

10  EVIDENCE)

11  BY MR. SMITH:

12  Q.   At the top right corner, ma'am, at D2, it has a

13  title of position for which you are applying.  And

14  would you read for us what that says?

15  A.   In the first line, it says "court watch."  On the

16  second line, it says "counselor."

17  Q.   Okay.  Does it say anywhere in there drug court?

18  A.   No.

19  Q.   Can you explain that?

20  A.   Well, she was filling out a copy on her side of

21  the desk.

22      And she told me to fill one out for my records,

23  and this is the record that I filled out.

24  Q.   Okay.  What date did you make that application,

25  ma'am?

Wanda White - Direct Examination

1  A.   02-15, 2005.

2  Q.   During your training with Freddy Thompson and

3  Wayne Jones, you said there were after-hour

4  training --

5  A.   Yes.

6  Q.   -- that you had?  How many times did you meet

7  with Wayne Jones and Freddy Thompson for this after-

8  hour training?

9  A.   I met with Freddy twice and several more times

10 than that with Wayne.

11 Q.   And did you discuss with Freddy what your plans

12 were and how you were going to utilize the machine to

13 your advantage?

14 A.   I did.

15 Q.   What did you tell him?

16 A.   Well, "That you would have to set up a

17 scenario."

18     I said, "So what do I do here when it starts

19 beeping if I want to go back in and change the

20 selections?"

21     And he would give me the time frame and then go

22 back and show me on the dummy ballot.

23 Q.   What part did Wayne Jones play when the four of

24 you were there?  What did he say about how you were to

25 do this?

Wanda White - Direct Examination

1  A.   He would just say, "It's easy, they are -- you

2  know, they are stupid.  Hell, they don't know what's

3  going on.  You are making it too complicated."

4  Q.   And when he is saying "they are stupid," who was

5  he referring to?

6  A.   The voters.  He felt as though I was making --

7          MR. WHITE:  Objection.

8          THE WITNESS:  -- a bigger deal out of it.

9          MR. WHITE:  Objection as to what he felt,

10 Your Honor.

11         THE COURT:  Miss White, you can express your

12 understanding of what was being conveyed to you.

13         THE WITNESS:  Okay.

14 BY MR. SMITH:

15 Q.   So in addition to stealing the votes, you

16 mentioned earlier that there was going to also be

17 marking of voters?

18 A.   That's what they had told me, yes.

19 Q.   And did you participate in the alert early

20 election period in the twelve days leading up to the

21 May primary 2006?

22 A.   My husband did.

23 Q.   Were you not participating --

24 A.   Not --

25 Q.   -- as a voter hauler?

Wanda White – Direct Examination

1  A.   As a vote hauler.  I did not go in and talk with
2  them.
3  Q.   Okay, and, again, you were defining to us -- what
4  was your defined role in this scheme in this organized
5  effort in the primary of 2006 as a voter hauler?
6  A.   I hauled votes for the absentee for the early
7  voting.
8  Q.   Where did you haul them to?
9  A.   I hauled them to the middle school.
10  Q.   Okay, so where did you pick them up?
11  A.   To the clerk's -- not to the middle school, the
12  clerk's office.
13  Q.   Where did you pick the voters up?
14  A.   In the apartments, in the housing projects,
15  different places.
16  Q.   And were these voters being hauled for purposes
17  of bribing, to buy their votes?
18  A.   Yes, they were.
19  Q.   And how did they get paid?
20  A.   Whoever hauled them.  And say Vernon sent us to
21  get them, when we took them to vote them and brought
22  them back, Vernon would pay them.
23      Or if Bart had sent us to pick them up, when they
24  brought them back, Bart would pay them.
25  Q.   And did they have a point of distribution where

Wanda White - Direct Examination

1  they were meeting these people and paying them?

2  A.   At Bart's.

3  Q.   On Green Street?

4  A.   On Green Street.

5  Q.   And do you recall other people who were involved

6  in vote hauling as well as yourself?

7  A.   I did.

8  Q.   Pursuant to the same scheme?

9  A.   I did.

10  Q.   And who were they?

11  A.   It was the same ones as always, James Goins, city

12  employees, Deshae Henson, Antwan Henson, Shirley

13  Turner, just different various people that had

14  always -- same vote haulers as always.

15  Q.   Now, on election day, you had a different role to

16  play as an election officer rather than vote hauler.

17  A.   Yeah.

18  Q.   So tell us what happened on election day.

19  A.   Well, on election day we get there about 5:00,

20  and we were told prior to getting there that if there

21  were any cameras in view of the voting machine that

22  that was the first thing that we needed to take care

23  of was cover the cameras.

24  Q.   What kind of cameras were they concerned about,

25  ma'am?

Wanda White – Direct Examination

 1          MR. BALDANI:  Objection, Your Honor.

 2          THE COURT:  Overruled.

 3          MR. BALDANI:  Can I state my reason?

 4          THE WITNESS:  Do I answer?

 5          MR. BALDANI:  I am just objecting because she

 6  is saying "they," and I don't think she is defining

 7  who she is referring to.

 8          THE COURT:  All right, if you can please

 9  identify.

10          THE WITNESS:  I can identify Wayne Jones and

11  William Stivers and Bart Morris instructed Dobber and

12  myself to make sure that there was no view of the

13  voting machines.

14          And in the school, back in the right side of

15  the hallway was a camera.

16          And Dobber, myself and Jeff Deaton covered

17  the cameras, not for the privacy of the voter but for

18  the benefit of the scheme.

19  BY MR. SMITH:

20  Q.   Jeff Deaton, was he an election officer there at

21  the precinct which you were serving?

22  A.   No.

23  Q.   Was he employed by the school in which you were

24  working?

25  A.   He is employed by the Board of Education.  I am

Wanda White – Direct Examination

1 not sure if he was employed by that particular school.

2 Q.   Okay.   But he assisted you in covering up those?

3 A.   Yes.

4 Q.   So what was further, Miss White, and what

5 happened during those hours of the election day in May

6 2006?

7 A.   Well, the polls opened, and the first three or

8 four people come in was vote sellers.

9      And they identified that they were there to see

10 myself or Dobber, and we voted them and --

11 Q.   What significance did that have when a voter

12 would come ask for voter assistance and call you by

13 name or Mr. Weaver by name?

14 A.   That was to be able to identify that we knew that

15 they had sold their vote and they were -- we were the

16 ticket that they were supporting, which, in this

17 election, Dobber and I, even though we were Republican

18 and Democrat, we was supporting the same ticket.   So

19 that was to identify them as a vote seller.

20 Q.   Now, had you been trained as an election officer

21 that lawfully you had to execute a voter assistance

22 form if you participated in assisting a voter?

23 A.   In the training seminar I was trained that, yes.

24 Q.   And in the scheme in which you -- in meetings in

25 which you discussed the scheme with your

Wanda White - Direct Examination

1  co-conspirators here, did you all discuss how the

2  voter assistance forms might help or hinder you in

3  accomplishing your scheme?

4  A.  Well, they, as being Wayne Jones and William

5  Stivers, told me to not sign too many because it would

6  alert the -- the people in Frankfort, I'm assuming is

7  the Attorney General's office or whoever, that it

8  would alert them and red flag them.

9      So make sure whatever I did not to sign too many

10  of them and to keep it at a really minimum and not

11  sign too many.

12  Q.  So on election day, did you follow their

13  instructions?

14  A.  No, I didn't.  I got scared, and I didn't.  I

15  signed quite a few of them.

16      I felt pressure from the people that brought them

17  in because some of them -- I just felt pressure.

18      There was attorneys standing around that was in

19  line to vote, and I just felt really under pressure.

20  Q.  Under pressure meaning --

21  A.  That I was going to get caught.

22  Q.  Okay.  So you filled out these forms?

23  A.  I did.

24  Q.  And who did you give them to once they were

25  filled out?

Wanda White - Direct Examination

1  A.   Well, we filled them out, and the -- the sheriff

2  of the precinct, which I think -- I think was Carl

3  Anthony Short, he then put everything together and

4  took it to the clerk's office at the end of the day.

5  Q.   And who was the clerk?

6  A.   Freddy Thompson.

7  Q.   Okay, and these voter assistance forms that you

8  filled out, were they requiring you to specify on

9  there the reason the person needed assistance?

10 A.   It specified that if a person was handicapped,

11 meaning blind or any kind of handicap, being

12 illiterate, not able to read is one.

13      And it specified in that case, then I could

14 assist them in voting, or -- or Charles Dobber Weaver.

15 Q.   Now, were you present and available to observe

16 whether your counterpart, the Republican judge,

17 Charles Dobber Weaver also had access to those forms?

18 A.   He did.

19 Q.   And could you observe him also executing similar

20 forms --

21 A.   He did.

22 Q.   -- that day?  You said that you had had training

23 on that very form?

24 A.   Yes.

25 Q.   Was that in the after-hour training that

Wanda White – Direct Examination

1  Mr. Thompson and Mr. Jones gave you?

2      Or was that in the training with the other

3  officers that you were --

4  A.   That was in the actual required training.

5          MR. SMITH:  Hand the witness now what has

6  been marked as Government's Exhibit PR25E.

7          THE COURT:  I'm sorry, Mr. Smith, could you

8  identify the number again?

9          MR. SMITH:  2-- I'm sorry, it's PR, public

10  record, PR25.

11          THE COURT:  All right.

12          MR. SMITH:  Sub E.  I apologize for all

13  the --

14          THE COURT:  That's all right.  Yes, sir.

15          MR. SMITH:  PR25E.  Your Honor, for the

16  record, this is a collective exhibit with numerous

17  pages I am going to hand the witness now.

18          THE COURT:  All right, yes, sir.

19          MR. SMITH:  Thank you.

20  BY MR. SMITH:

21  Q.   Miss White, you should have before you now what's

22  marked as Government's Exhibit PR25E.

23  A.   Yes.

24  Q.   Do you recognize that exhibit, ma'am?

25  A.   Yes, it's a voter assistance form.

Wanda White – Direct Examination

1            MR. WHITE:  Your Honor, may we approach?

2            THE COURT:  Yes, you may.

3            (Thereupon, a bench conference was had

4  between the Court and counsel out of the hearing of

5  the jury.)

6            THE COURT:  Yes, sir, Mr. White.

7            MR. WHITE:  Yes, sir, Your Honor, this is

8  Scott White representing Charles Wayne Jones.

9            I scanned through the first four of those and

10 did not see Wanda White's signature on any of those,

11 unless I am mistaken.

12           And I don't -- so I would object to her

13 ability to testify about these documents.

14           They are public records, and I am guessing

15 she is not the public record custodian.

16           THE COURT:  How do you know she can't testify

17 to these simply because her name is not on them if she

18 assisted in filling these out?

19           Which I assume this is where we are going,

20 Mr. Smith; is that right?

21           MR. SMITH:  Yes.

22           MR. WHITE:  But actually --

23           MR. SMITH:  What the record will show, there

24 is numerous of these forms missing which she filled

25 out.

Wanda White – Direct Examination

1          And I want her to be able to look through

2    those and show us the ones that she filled out.

3          MR. WHITE:  But there is actually ones that

4    others, election officers did fill out like Minnie

5    Weaver.

6          And I think this was one in there also signed

7    by Dobber Weaver.

8          So I think as to those, I don't know that she

9    could, again, testify to those unless she dealt with

10   that particular document on that day.

11          Otherwise, she -- he is going to need to get

12   the clerk in to get these in.

13          THE COURT:  Well, I believe your objection is

14   premature as to what she is going to testify to at

15   this point, so I'll overrule your objection.

16          MR. WHITE:  Thank you, Your Honor.

17   Your Honor?

18          THE COURT:  Just a second.

19          MR. WHITE:  I'm sorry, just to avoid coming

20   back up, what I will do, if I feel that it's

21   objectionable, I will just stand up and say objection

22   and won't go into it, but it will be for that purpose

23   if I don't --

24          THE COURT:  On that issue?

25          MR. WHITE:  Yes.  Thank you, Your Honor.

Wanda White – Direct Examination

1          (End of bench conference.)

2          THE COURT:  I thank you, counsel, and

3   Mr. Smith, you may continue.

4          MR. SMITH:  I apologize, Your Honor.  I

5   believe in my rush to get these forms in front of her

6   I have gotten ahead of myself.

7          I would like to hand to her PR17 which is I

8   believe the ones which are relevant to this practice

9   in the elections.

10          So I do apologize for the confusion.  PR17 is

11   the document to which I am referring to now.

12          THE COURT:  All right, do you want to

13   withdraw that other one for now?

14          MR. SMITH:  I will, at this time ask to

15   withdraw.  Thank you.

16          THE COURT:  All right.

17          MR. SMITH:  Thank you.  Thank you, sir, I

18   apologize.

19          MR. WHITE:  Excuse me, Your Honor, just for

20   the record, objection.

21          THE COURT:  All right, well, there isn't a

22   question on the floor yet, so the objection is

23   overruled.

24          MR. WHITE:  Oh, I'm sorry.

25          THE COURT:  Peremptory objection is

Wanda White – Direct Examination

1  overruled.

2  BY MR. SMITH:

3  Q.    Can you identify PR17 for the record, ma'am?

4  A.    Yes, this is the voter assistance forms.

5  Q.    Now, as you have described on the election day in

6  the May primary of 2006, do you recognize within PR17

7  documents which you executed as a election officer

8  working on the Board of Elections on the primary

9  election date of May 2006?

10 A.    No, I don't see mine in here.

11 Q.    Now, ma'am, in looking at PR17, does it require

12 you to actually execute a signature as a person who is

13 assisting the voter?

14 A.    Yes.

15 Q.    And do you recall actually executing that form in

16 that fashion?

17 A.    I did.

18 Q.    And do you recall how many you executed on the

19 May primary 2006?

20 A.    Twenty or more.

21 Q.    And the ones in which you executed, ma'am, were

22 these voters who were also involved in the scheme to,

23 again, either commit voter fraud by selling their vote

24 or by conceding to the bribes that were made in this

25 scheme?

Wanda White – Direct Examination

1  A.   The majority of them were.  I also notice that

2  Charles Weaver only has one in here, and he executed

3  them as well.

4          MR. WHITE:  Move to strike, Your Honor, as

5  unresponsive as well as the ability of this particular

6  witness to testify to these documents.

7          THE COURT:  All right, I'll sustain the

8  objection.

9          MR. WHITE:  Thank you.

10 BY MR. SMITH:

11 Q.   Miss White, did you, in the course of the day,

12 have opportunity to observe your counterpart and the

13 Republican judge working for the Board of Elections

14 executing forms for voters?

15 A.   I did.

16 Q.   Assisting voters?

17 A.   I did.

18 Q.   And in the course of that, were you aware and

19 knowledgeable that these were people being bribed by

20 these same co-conspirators you were working with?

21 A.   Yes, we discussed it also as we were doing it.

22 Q.   And did you discuss with Weaver whether or not

23 he, himself, in those discussions, did he advise you

24 that he was filling them out as you had indicated in

25 your testimony that you were doing?

Wanda White – Direct Examination

1  A.  Yes, he did.

2  Q.  And for the record, would you look at PR17.  Can

3  you identify -- are you familiar with Mr. Weaver's

4  signature, or is his name printed on these documents

5  as well?

6  A.  I am familiar with it.

7  Q.  Okay, and of those documents that you have

8  identified as voter assistance forms, for the 2006 May

9  primary, how many of them do you see having his name

10  on them?

11  A.  It appears to have one.  I'll go through them

12  again.

13          MR. SMITH:  I would move at this time to

14  introduce Exhibit PR17.

15          THE WITNESS:  One.

16          MR. WHITE:  Objection.

17          THE COURT:  All right, I will withhold ruling

18  on this until there is further foundation laid as to

19  the records.

20          MR. SMITH:  Yes, sir.

21  BY MR. SMITH:

22  Q.  Miss White, as you have described again during

23  that -- that day, the functions which you participated

24  as election officer, did you have another meeting with

25  Mr. Maricle and others following your service there on

Wanda White - Direct Examination

1 election day?

2 A.    That night.

3 Q.    And where was that meeting, ma'am?

4 A.    At the home of Phillip Mobley.

5 Q.    And if you could describe for us, ma'am, was

6 there a conversation in which you and Mr. Maricle

7 engaged at that party?

8 A.    Well, upon me and my husband getting there, he --

9 as soon as we come in, it was a celebration, victory

10 celebration.

11      And he said, "You could have done no better.  The

12 only problem is" -- and Al Man, which is William

13 Stivers -- stated, "I am just jealous because I wasn't

14 there."

15      And Cletus said, "Well, hell, we would have had

16 more voters than voted if you both had been there."

17      So that was my first conversation with him upon

18 arriving there.

19 Q.    You say that this was a celebration?

20 A.    Yes.

21 Q.    Okay, and was there any further discussion about

22 how well you had done for the -- for the -- for the

23 group?

24 A.    Yeah, they all expressed how well I did for the

25 group.

Wanda White - Direct Examination

1   Q.   Who expressed their gratitude to you?

2   A.   Phillip Mobley and William Stivers and Cletus

3   Maricle.

4   Q.   And did they make comments to you as they

5   expressed their gratitude for you for what you had

6   done that day?

7   A.   They did.

8   Q.   And what comments do you recall specifically what

9   they said when they expressed their gratitude to you?

10  Do you recall what they said?

11  A.   How that I had went beyond their expectations.  I

12  did well.  I compared to Al Man when he was in there.

13       And I was basically -- and it's nothing to be

14  proud of -- but I was a female version of Al Man.

15  Q.   Now, at the time that you were performing your

16  function for the group that day, did any of the

17  members of the -- of the scheme themselves ask to be

18  voted by you?

19  A.   I'm sorry?

20  Q.   During the day when you were voting voters and

21  assisting voters, did you ever have an occasion during

22  that day, on election day, for members of this

23  conspiracy or their family members to come up and ask

24  to be voted by you?

25  A.   I voted Judy Maricle.

Wanda White - Direct Examination

1 Q.   Okay, and who is Judy Maricle?

2 A.   The wife of Cletus Maricle.

3 Q.   And explain to us the circumstances of that.

4 A.   When they come in to vote, and she said, "I want

5 you to vote me, Wanda."

6       And I said, "You can vote on your own."

7       "No, no, I want you to vote me."  And it was just

8 a trust issue, that's all it was, to let me know that

9 they were voting for my father-in-law.

10 Q.   Okay.  Now, your father-in-law, did he run in the

11 primary of 2006?

12 A.   He ran in the November.

13 Q.   Okay.  So the instance that you are referring to

14 actually occurred in the fall?

15 A.   Yes.

16 Q.   And you say it was a trust issue?

17 A.   It was.

18 Q.   Did you ever express any concern to members of

19 the group about the voter assistance forms?

20 A.   I did.  I expressed -- it just -- I knew that

21 they -- when I say "they" is Cletus, Wayne and William

22 Stivers.

23       And I knew that they didn't want me to sign many,

24 and I knew that I had.

25       So it concerned me because I thought, wow, I am

Wanda White - Direct Examination

1  going to get in trouble for this.

2      And I just kept harping about it to them, and

3  they assured me that -- well, when I spoke to Cletus,

4  he said, "Don't worry about it.  Wayne will take care

5  of it.  You are stewing on it too much.  Just don't

6  worry about it.  It's in -- it's in their hands now."

7      And when I would go to Wayne, Wayne said, "Don't

8  worry about it.  Freddy's done away with them."

9      So I just -- after that I just got to where I

10 didn't worry about it.

11 Q.  Okay.  Now, there were two parts to your role on

12 election day.

13      You were to steal votes, and you were to make

14 sure to assist voters that had sold their votes?

15 A.  Yes.

16 Q.  Now, how many votes did you steal that day, Miss

17 White?

18 A.  Over 100.

19 Q.  And how did you manage to steal over a hundred

20 votes there at the Manchester precinct?

21 A.  Well, they were unfamiliar with the new voting

22 machine.

23      And it wasn't -- it wasn't all people that they

24 deemed stupid.  It was school teachers.  It was

25 educated people.

Wanda White - Direct Examination

1      So it was easy, it was easy done.  It wasn't --
2  either I would distract them or Charles Dobber Weaver
3  would distract them.
4      If they pushed the first cast ballot, they would
5  say, "Am I done?"
6      And we would say, "Yeah."  And then when they
7  would leave, they would leave directly.
8      I mean, it wasn't a far distance from where they
9  -- from the entrance to where the voting machine was.
10      So they would leave immediately, and the people
11  at the front desk were in on it too, the other two
12  people.
13      And they would not engage in any conversation and
14  rush them on out.
15      And when they left, we then had an amount of time
16  to go in and change the selections if they needed to
17  be changed.
18      And I can only recall myself one instance that
19  the -- the dinging sound happened.
20  Q.  Dinging sound, did the machine have an alarm on
21  it?
22  A.  It started beeping, yeah, it had an alarm on it.
23  Q.  And there was this time period that you had
24  between the time the voter pushed the first button
25  before the alarm went off?

Wanda White - Direct Examination

1  A.   Yes.

2  Q.   And you can only recall it going off once?

3  A.   Yes.

4  Q.   Were these voters unaware that you were stealing

5  their votes?

6  A.   They were unaware.

7  Q.   Was Mr. Weaver stealing votes?

8  A.   Yes, he was.

9  Q.   Now, when you had an opportunity to rush the

10 voter away and deceive them into thinking they had

11 actually voted, how were you able to tell whether they

12 had voted the way you wanted them to vote?

13 A.   You could -- when you went back in, it said --

14 you could always review your ballot.  So you had a

15 selection that said review ballot.

16     When you reviewed the ballot, it would then pull

17 up their selections that they had made.

18     And then you could alter them and then go back to

19 cast ballot and then virtually do the final cast

20 ballot.

21 Q.   Now, when you met with Charles Wayne Jones and

22 Freddy Thompson, did -- did they show you how to do

23 that?

24 A.   Yeah.

25 Q.   And did you and Charles Dobber Weaver know going

Wanda White - Direct Examination

1  into election day if the ballot read a certain way

2  whether or not it was going to be changed?  Did you

3  know who was going to be on the slate?

4  A.    We did.

5  Q.    And who was going to be on the slate?

6  A.    Phillip Mobley, Kevin Johnson, James Phillips,

7  Tommy Harmon and Carl "Crawdad" Sizemore.

8  Q.    And did you have to get approval from -- let me

9  strike that.

10       When you had these meetings with Cletus Maricle,

11  did you okay the slate with him --

12  A.    I did.

13  Q.    -- before you went to perform your job on

14  election day?

15  A.    I did.

16  Q.    And what did he tell you?

17  A.    He told me that Phillip was my main concern and

18  that's who I needed to focus on if William Stivers

19  supported Johnny Poss Gregory and that my main focus

20  with me and him was Phillip Mobley and not to get into

21  discussing who the other people were for.

22  Q.    Now, was Kennon on the ballot, this May '06 race?

23  A.    Was who?

24  Q.    Your husband?

25  A.    No.

Wanda White – Direct Examination

1   Q.   Was your father-in-law on the ballot?

2   A.   In the May, no.

3   Q.   So you had no immediate family members on the

4   ballot this slate?

5   A.   No.

6   Q.   And your primary concern was for Phillip Mobley?

7   A.   Yes.

8            MR. WHITE:   Objection, asked and answered,

9   Your Honor.

10           THE COURT:   Overruled.

11  BY MR. SMITH:

12  Q.   Now, you said there were two other officers that

13  worked for the Board of Elections on that primary day

14  and that they knew what was going on.  Who were they?

15  A.   Carl Anthony Short and Lucy Marcum.

16  Q.   And Lucy Marcum, is she related to the jailer,

17  Charles Marcum?

18  A.   She is.

19  Q.   How is she related to him?

20  A.   I believe she is his sister-in-law.

21  Q.   And Anthony Short?

22  A.   Yes.

23  Q.   Is he someone that you are related to, or

24  associated with?

25  A.   He is a local attorney.

Wanda White – Direct Examination

1  Q.   And has he represented you or a family member of
2  yours?

3  A.   Yes.

4  Q.   Many times, one time?

5  A.   He -- he represented my brother in a trial.

6  Q.   What's your brother's name?

7  A.   Eugene "Corky" Price.

8  Q.   And your brother have a trial in what court?

9  A.   In the Clay County Circuit Court.

10 Q.   And who was the judge over his case?

11 A.   Cletus Maricle.

12 Q.   And Anthony Short served in what position before
13 the elections on that day?

14 A.   He was sheriff.

15 Q.   And does the sheriff not vote people and assist
16 voters like you and Charles Dobber Weaver did that
17 day?

18 A.   No.

19 Q.   Is that not part of their function?

20 A.   He signs them in and fills out the voter
21 assistance forms.

22 Q.   Was it necessary that they did at least turn
23 their head or be involved in some way of ushering
24 voters out for this to be successful?

25 A.   Yes, it was.

Wanda White – Direct Examination

1  Q.   When you say you and Weaver took turns
2  distracting voters, what methods did you use to
3  distract the voters?
4  A.   Well, if it was a lady, I would just strike up a
5  conversation, or she would begin talking with me.
6       And I would just talk as I walked down the hall a
7  way with her to the -- to the exit, and then he would
8  go in behind us and vice versa, if it was somebody
9  that he knew well.
10 Q.   Now, according to the plan and the day that you
11 served there on election day, how is it that you were
12 to know whether the voters had sold or been bribed of
13 their votes?
14 A.   Well, when the vote hauler brought them in, there
15 was a bench that set at the door.
16      And even though they are not supposed to come in
17 there and sit, they were allowed to sit there.
18      So they would nod, or we knew them by name or by
19 person or who they were and who they were affiliated
20 with.
21      And they would bring several voters in, and when
22 they were finished, they would leave with them.  So
23 they waited on them.  We knew who they were.
24 Q.   Who -- can you recall any names of people that
25 consistently brought voters in that had been bribed?

Wanda White – Direct Examination

1  A.   Anthony Gilbert.

2  Q.   Okay.

3  A.   Deshae Henson.   James Goins.   Darnell Hipsher.

4  Q.   You ever meet a fellow by the name of Chris

5  Duff?

6  A.   I have, yes.

7  Q.   And where did you meet him?

8  A.   I have known him since he was a child, and he is

9  the son of Debbie Morris.

10 Q.   And did he meet you or talk to you on election

11 day there on the primary?

12 A.   He hauled voters.

13 Q.   And who was he hauling voters for?

14 A.   Bart Morris.

15 Q.   And was this, again, part of the same slate that

16 you had already been a part of?

17 A.   Yes.

18 Q.   Had he hauled voters in other elections that you

19 were aware of?

20 A.   He had, yes.

21 Q.   And he performed a similar duty that you had in

22 the previous election?

23 A.   He had.

24 Q.   Had he in the past served as an election officer

25 for the Board of Elections?

Wanda White - Direct Examination

1  A.   I believe he did.

2  Q.   Do you know where he served for the Board of

3  Elections?

4  A.   I believe he served in the Manchester precinct.

5  Q.   And James Goins, do you know how he is employed?

6  A.   He is employed through Bart Morris.

7  Q.   And what's his company name?

8  A.   You know, I am not sure what his company name is.

9  Q.   What's his company do?

10 A.   They are -- a waste disposal company.

11 Q.   Now, Bart Morris was helping you all in all these

12 elections you talked about, '02, '04 and '06, and he

13 and Debbie were involved in each of those --

14 A.   Yes.

15 Q.   -- is that right?  But they weren't candidates on

16 any of these elections that you have mentioned so far?

17 A.   No, they weren't candidates.

18 Q.   Have you ever known them to run for office?

19 A.   No, Debbie is on -- was on the Ethics Board with

20 the city.

21 Q.   Who appointed her to that position?

22 A.   Doug White.

23 Q.   In your conversation with Bart and Debbie Morris,

24 did they ever explain to you why they were so involved

25 in these elections in '02, '04 and '06?

Wanda White – Direct Examination

1  A.   Their living was through the county and the
2  city.
3       That's how they obtained their contracts for the
4  waste disposal company.
5       So they had a lot at stake on who went in and
6  employed them, meaning county judge or mayor, because
7  that's who would give them their contracts.
8  Q.   And during '02, '04 and '06, did they tell you
9  that they were holding contracts with the city and
10 county?
11 A.   Yes.
12 Q.   Stanley Bowling was also mentioned earlier in
13 testimony and also as being in part of some of these
14 meetings.
15      And it's been pointed out that he didn't have a
16 race in some of these elections himself.
17      Did he ever express to you why he was
18 participating if he wasn't on the ballot in some of
19 these races that occurred in '02, '04 and '06?
20 A.   He never expressed to me.
21 Q.   Did he have a company that was also holding
22 contracts by the county or the city?
23 A.   He did.
24 Q.   Do you know the name of that company?
25 A.   I don't -- I don't know, it's B&B, I think, B&B

Wanda White - Direct Examination

1  Contractors.

2  Q.   Now, your father-in-law was Daugh White, Doug

3  White?

4  A.   Yes.

5  Q.   And his race occurred in the fall --

6  A.   Yes.

7  Q.   -- of 2006?  And who was his competition?

8  A.   Carmen Webb Lewis.

9  Q.   And had she held office prior to running for

10  mayor?

11  A.   She had.

12  Q.   And what was the position she held?

13  A.   She was a city councilwoman.

14  Q.   And at the time that you met with Cletus Maricle

15  and agreed to help him in Phillip Mobley's race, did

16  Daugh White and his race for mayor come up?

17  A.   He promised to help us in Doug's race in the

18  fall.

19  Q.   Okay.  And at that time that he told you that,

20  was that a time when your decision was pending as to

21  whether or not you were going to help him in serving

22  as election officer?

23  A.   It was pending.

24  Q.   And at the time of which your father-in-law was

25  preparing for his race in November, did you have any

Wanda White – Direct Examination

1 meetings with Cletus Maricle?

2 A.  I did.

3 Q.  And tell us about those meetings.

4 A.  He assured me I –– that Doug –– he didn't think

5 Doug would have a problem.

6    The same thing, way we did things in May, we did

7 the same thing in November.

8    And I could rely on Wayne because I felt like

9 Wayne Jones was a little bit tied to Carmen as well.

10    But he assured me that he could handle Wayne, and

11 the same support that I gave him he would give me

12 back.

13 Q.  You feared that Wayne Jones had some support or

14 had had some interest in supporting Miss Lewis?

15 A.  He never expressed that, but I didn't trust him

16 either.

17 Q.  And Cletus Maricle had expressed to you that he

18 had the ability to control other people like Wayne

19 Jones?

20 A.  He did express to me that.

21 Q.  And Wayne Jones, did he hold a position of

22 influence on the Board of Elections at that time?

23 A.  He was the Election Commissioner.

24 Q.  So he was the Commissioner?

25 A.  Yes.

Wanda White – Direct Examination

1  Q.   And Cletus, did he have to reassure you more than

2  once that he could control the Commissioner on the

3  Board of Elections?

4  A.   No, I believed him.

5  Q.   And as the race again was developing that your

6  father-in-law was going to have in the fall, what kind

7  of plans did you have to make?

8  A.   We just had -- well, the plan in the fall, we

9  didn't really have to concentrate on nothing but the

10 city precincts.

11 Q.   Okay.

12 A.   And we put our plans, arranged the same thing

13 that had always been arranged, who was going to buy,

14 who was going to sell, who was going to pick them up,

15 who was going to haul them.

16 Q.   Now, I know this may sound repetitive, and I

17 apologize.

18     But I really need for the record for you -- I

19 know you said this is following the same pattern after

20 each election.

21     But I need you to tell us who participated in the

22 fall of 2006 in this plan to again bribe voters and to

23 make sure that they were voted through election

24 officers inside, including yourself.

25 A.   We had a large amount of city employees that

Wanda White - Direct Examination

1 helped haul voters.

2     So we lined the vote haulers up.  We got with

3 Cletus and Wayne and council members.  We had their

4 support.

5     So made sure everything was in plan for the same

6 scheme, that me and Dobber was on the same page, so --

7 Q.   Okay.  So did you all have to plan out how to

8 operate the machines again?  Did you have to have any

9 more schooling --

10 A.   No.

11 Q.   -- from Freddy Thompson?

12 A.   No, we were quite -- by that time we were quite

13 fluent in it.

14 Q.   Okay, so you didn't have to have a school?

15 A.   No.

16 Q.   Did you all have to have any meetings to

17 determine who was going to do the vote hauling?

18 A.   We did.

19 Q.   And who did you determine was going to do your

20 vote hauling for your father-in-law's election in the

21 fall?

22 A.   Well, we met at Bart's, and several of his

23 employees and several of the city employees and family

24 members and friends, Anthony Gilbert, Deshae Henson.

25     Darnell had people lined up to haul, family

Wanda White – Direct Examination

1 members and friends of his.

2 Q.   Okay, and these voters were going to be hauled

3 where?

4 A.   To the voting precinct, Manchester, in east

5 Manchester.

6 Q.   And how were you going to know when those voters

7 arrived by these vote haulers that they had been

8 bribed for their votes?

9 A.   When they came in, they would ask for me or for

10 Dobber.

11       And we knew by the people that brought them in

12 that -- from the previous -- I knew from the previous

13 May election that it was the same players, same

14 people.

15       And I -- and I -- we -- I just knew when they

16 come in, they would specifically ask for us.  That's

17 how we knew.

18 Q.   And how would you communicate to the vote hauler

19 that you had successfully voted the voter according to

20 the slate?

21 A.   Well, it would be under different -- different

22 circumstances.

23       If the room was full, we would just nod the

24 head.

25       If there was nobody there, we would openly say,

Wanda White – Direct Examination

1 "Take them on, we voted them."

2 Q.   Okay, and when you told the vote hauler that

3 everything was okay, they had voted, give the signal

4 in some way that they had, the way that they were

5 supposed to, where did the vote hauler take them?

6 A.   They took them to Bart's, and Vernon and Darnell

7 were there.

8 Q.   Okay.

9 A.   Different people, different people were there.

10 Q.   All right.  And at the time that you say that

11 they were taken back to Bart's, what was the purpose

12 of them going to Bart's?

13 A.   To be paid.

14 Q.   Now, was Debbie Morris observed by you also

15 participating in paying the voters?

16 A.   The absentee voting process in days before that

17 November election, yes.

18 Q.   Okay, so in the fall, you still had those twelve

19 days of absentee voting that went on in the November

20 election as well?

21 A.   Yes.

22 Q.   And Bart and Debbie continued to operate from

23 their home, this place in which they were paying these

24 voters to bribe them for their vote?

25 A.   They did.

Wanda White – Direct Examination

1  Q.   Now, were you the election officer who operated

2  the machines in the early vote for the fall 2006

3  election?

4  A.   No, I wasn't.

5  Q.   Do you know who was inside working the officer --

6  as an officer?

7  A.   Wayne Jones was.

8  Q.   And were you in meetings where it was discussed

9  about what his role was going to be in that early

10  voting in 2006, fall election?

11  A.   Several meetings.  He would come to our house,

12  and we would meet at William Stivers's home and go

13  over who had come in and the checklist.

14  Q.   Okay, so you all maintained the list of those

15  voters that you were taking in on the early voting?

16  A.   We did.  And Freddy provided us a list of who

17  would -- who had come in that day.

18      They also provided us a list of absentee voters

19  who had voted for Carmen as well, so we knew overall

20  of everybody that was voting.

21  Q.   So you actually knew how many votes had been cast

22  for the opposition on a daily basis?

23  A.   Roughly, yes.

24  Q.   And is that a matter that's public record where

25  myself or anyone could walk on the street --

Wanda White - Direct Examination

1  A.   No.

2  Q.   -- into the clerk's office and find out?

3  A.   I wouldn't think so, no.

4  Q.   How did you get those numbers?  Who brought them

5  to you?

6  A.   Freddy would give them to my husband.  Lester

7  Harmon would give them to us, and Wayne Jones.

8  Q.   Now, in these meetings that you say you discussed

9  with Charles Wayne Jones daily, the progress of the

10  scheme, did he give you feedback and tell you how many

11  he had voted for the slate?

12  A.   He would, yes.

13  Q.   And was there a slate that included other

14  candidates other than your father-in-law, Daugh White?

15  A.   Yes, there was.

16  Q.   And do you know any of the names of who made up

17  the remainder of the slate for the fall 2006 race?

18  A.   I can't recall.

19  Q.   Now, on the election day, you served inside of

20  the same position that you served in the May primary?

21  A.   I did, yes.

22  Q.   And who served opposite you as the Republican

23  judge?

24  A.   Charles Weaver.

25  Q.   And who served as the sheriff?

Wanda White – Direct Examination

1  A.   They replaced Anthony with somebody else.   I

2  can't -- I can't recall, I can't remember.

3  Q.   And did Miss Marcum also serve?

4  A.   I believe she did.   I know her husband was

5  there.

6       I don't know if he served or if he was just sent

7  there.

8  Q.   Okay.   So during the day on election day in the

9  fall of 2006, did you also have voters who came in

10 that came requesting assistance?

11 A.   I did.

12 Q.   And was that pursuant to, again, the scheme to

13 buy their votes and make sure they voted according to

14 the scheme?

15 A.   Yes, it was.

16 Q.   And did you fill out voter assistance forms?

17 A.   I did.

18 Q.   And why was it that you filled them out this

19 time, having been told earlier that you shouldn't?

20 A.   I knew they would get rid of them.

21 Q.   Okay, and did you see Charles Dobber Weaver also

22 execute any forms --

23 A.   He did.

24 Q.   -- that day?   Okay.

25          MR. SMITH:   I would like to hand the witness

Wanda White – Direct Examination

1 PR25E, Your Honor.

2          THE COURT:  Yes, sir.  Mr. Smith, when you

3 get to a convenient place, we can take our evening

4 break.

5          MR. SMITH:  That would be fine at this time,

6 Your Honor.

7          THE COURT:  Would you like to do that before

8 the witness is shown the documents?

9          MR. SMITH:  That would be fine, Your Honor,

10 thank you.

11          THE COURT:  All right, start there when we

12 come back from our break.

13          Ladies and gentlemen, please keep in mind the

14 admonitions you have been given not to discuss the

15 case among yourselves while we are in recess.  The

16 jury will be excused for twenty minutes.

17          (Jury excused from the courtroom at this time

18 for afternoon recess, and the following proceedings

19 were had in open court out of the presence and hearing

20 of the jury.)

21          THE COURT:  Miss White, you can step down.

22 Thank you.

23          (The witness, Ms. White, was excused from the

24 courtroom at this time.)

25          THE COURT:  Any matters to take up, counsel?