UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Criminal Action No. 6: 09-16-S-DCR |
| V. | ) ) | |
| RUSSELL CLETUS MARICLE, et al., | ) ) | **NOTICE** |
| Defendants. | ) ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Sentencing hearings for the defendants are currently scheduled to be held during the period March 8-11, 2011. Additionally, the Court has scheduled a hearing to resolve common objections to the defendants' Presentence Investigation Reports ("PSRs") on March 7, 2011. After reviewing the PSRs for the defendants and the parties' objections to those reports, it would appear that the following issues will be addressed during the hearing scheduled for March 7, 2011:

1. Should the Court apply USSG §2C1.1 or USSG §2H2.1 in calculating the offense level under the guidelines?

2. If the Court applies USSG §2C.1.1 in calculating the offense level, what is the value of the benefit to the defendants and/or the loss to the government under USSG §2C1.1(b)(2)? With respect to this issue, the parties are directed to the Third Circuit's holding in *United States v. Lianidis*, 599 F.3d 273, 278-281 (3d Cir. 2010). The Court anticipates that,

during the March 7, 2011 hearing, additional proof may be submitted by the parties regarding the "net value" of the benefits received by the defendants.

     3.    Should the Court apply vulnerable victim enhancements under USSG §3A1.1(b)(1) and USSG 3A1.1(b)(2)?

This 3rd day of March, 2011.



Signed By:
*Danny C. Reeves* DCR
United States District Judge