| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Brown   C. Date of Delivery: 3/8/11 |
| 1. Article Addressed to:  09-CR-16 (J-5)<br><br>**Hon. Leonard Green**<br>**Clerk, U.S. Court of Appeals**<br>**for the Sixth Circuit**<br>**502 Post Office Building**<br>**Cincinnati, Ohio 45202** | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number *(Transfer from service label)* | 7009 1410 0000 8518 0956 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02