UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CRIMINAL NO. 6:09-16-KKC |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **ORDER** |
| RUSSELL CLETUS MARICLE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

\*\* \*\* \*\* \*\* \*\*

Based on the expectation that a Mandate will soon be issued in this matter pending before the United States Court of Appeals for the Sixth Circuit, the Court hereby issues this pretrial and case management order.

**IT IS THEREFORE ORDERED AS FOLLOWS:**

1. The Trial Court will conduct a Status Conference in this matter on **Thursday, August 22, 2013**, at **1:00 p.m.** in LEXINGTON, Kentucky.

2. This matter is assigned for trial by jury on **October 28, 2013**, at **9:00 a.m.** in LEXINGTON, Kentucky. Counsel shall appear in court at **8:30 a.m.** The estimated length of the trial is four weeks.

3. **On or before September 30, 2013**, the parties **shall file in the record** the following:

    A. Motions *in limine* and supporting memoranda; including evidentiary objections to portions of audio/video tapes and/or depositions. To the extent they are available, the parties shall provide copies of transcripts of all audio/video tapes and deposition testimony. Objections shall be made specifically as to page and line.

    B. Any or all motions or matters to be resolved prior to trial.

    C.    Responses to motions shall be filed within seven (7) days, and no replies will be permitted.

    D.    Proposed jury instructions on the <u>substantive law</u> of the case. All proposed instructions shall cite supporting authorities. Whenever applicable, the parties shall follow the Sixth, Fifth, or Eleventh Circuit Pattern Instructions.

4.    **On or before October 15, 2013**, the parties shall make *in camera* submissions to the Court utilizing its e-mail address, kcaldwellmemos@kyed.uscourts.gov. The submissions need not be filed in the record and shall consist of the following:

    A.    A short statement of the case to be read to the jury.

    B.    Copies of all documentary evidence **pre-marked for identification**.

    C.    Proposed topics and questions for the Court's use in voir dire.

    D.    Each party shall submit a list of witnesses that may be called at trial to testify on the party's behalf. The list shall contain the names of all anticipated witnesses and a summary of expected testimony. Counsel shall also estimate the amount of time required for the direct and cross examination of each witness.

5.    The Trial Court will conduct a Pretrial Conference on **October 15, 2013**, at **9:00 a.m.** in LEXINGTON, Kentucky.

6.    At trial, the Court will conduct the inquiry of the jury panel. The inquiry will include questions and topics submitted in writing by the parties. After the initial inquiry, the Court will conduct a bench conference to ascertain whether it should pose further questions to the panel or follow up with individual jurors.

Once the inquiry of the jury panel is completed, the Court will hear counsels' motions to strike potential jurors for cause. After addressing the motions, the Court will direct the Clerk of

the Court to remove from the list of eligible jurors the names of any jurors stricken for cause. The Court will then determine the number of alternate jurors and the number of peremptory challenges. The Court intends to seat fourteen jurors, including two alternates.

By random draw, the Clerk of the Court will call a round of potential jurors in a number equal to twelve jurors plus the number of alternates plus the number of peremptory challenges allotted to each side. The jurors will be seated in the Courtroom in the order in which they have been called. The Clerk of the Court shall provide counsel with a printed form listing the jurors in the same order. Using the form provided by the Clerk, the parties will exercise their respective peremptory challenges utilizing blind simultaneous strikes. The first twelve jurors not stricken will be the jury. Alternate jurors will be designated in the same order. However, the alternate jurors will not be identified to the jury until after the jury has been instructed and before it retires to deliberate.

Objections to this jury selection procedure shall be filed in writing no later than ten (10) days prior to trial.

7. Pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Criminal Procedure 59, the Court designates United States Magistrate Judge Robert E. Wier to perform the following duties in this case, unless altered by subsequent order:

    A. In accordance with the standards and procedures established by Rule 59(a), the Magistrate Judge shall determine any pre-trial matter that does not dispose of a charge or defense; and

    B. In accordance with the standards and procedures established by Rule 59(b), the Magistrate Judge shall make a recommended disposition concerning any pre-

trial matter that disposes of a charge or defense, including but not limited to any motion specifically listed in Rule 59(b).

The Court excepts from this referral, and retains for initial decision, any motions to alter the trial date and any motions *in limine*.

This 26th day of July, 2013.

Signed By:
*Karen K. Caldwell* KKC
United States District Judge