UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 6:9-CR-16-KKC-REW |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| RUSSELL CLETUS MARICLE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The District Judge referred this case to the undersigned to determine any pretrial matter that does not dispose of a charge or defense. DE #1313 (Order). Currently pending are two motions for release from custody, one filed by Defendants Russell Cletus Maricle, Charles Wayne Jones, William E. Stivers, Freddy W. Thompson, William B. Morris, Debra L. Morris, and Stanley Bowling, and the second filed by Defendant Douglas C. Adams. DE ##1310, 1312 (Motions). The Court **ORDERS** the United States to respond to both motions **on or before Wednesday, July 31, 2013, at 12:00 p.m. (noon)**. In its response, the United States shall state its position on whether any release decision must await issuance of the Sixth Circuit's mandate. The response also shall indicate the need for any hearings, per Defendant(s). Following the filing of the Government's response, the Court will promptly schedule any necessary hearings.

This the 29th day of July, 2013.



Signed By:
*Robert E. Wier*
United States Magistrate Judge