# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# LONDON

CRIMINAL NO. 6:09-CR-16-KKC                    *ELECTRONICALLY FILED*

UNITED STATES OF AMERICA                                          PLAINTIFF

V.          **NOTICE BY UNITED STATES OF AUSA APPEARANCE**

CLETUS MARICLE ET AL                                              DEFENDANTS

\* \* \* \* \* \*

The United States gives notice that, in addition to Assistant United States Attorney Jason Parman, the undersigned Assistant United States Attorney will represent the United States in this case.

    Respectfully Submitted,

    KERRY B. HARVEY
    UNITED STATES ATTORNEY

By:   s/ Andrew T. Boone
    Assistant United States Attorney
    260 W. Vine Street, Suite 300
    Lexington, Kentucky 40507-1612
    (859) 685-4841
    Andrew.boone2@usdoj.gov

## CERTIFICATE OF SERVICE

On August 1st, 2013, I electronically filed this document through the ECF system, which will send the notice of electronic filing to attorneys of record.

s/ Andrew T. Boone
Assistant United States Attorney
