UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AMENDED CRIMINAL MINUTES - GENERAL

 London          Case No.  6:09-CR-16-KKC          At Lexington          Date  8/22/2013

| | | | | |
|---|---|---|---|---|
| U.S.A. vs Russell Cletus Maricle (1) | X present | ___custody | x bond | __OR |
| U.S.A. vs Douglas C. Adams (2) | X present | x custody | ___bond | __OR |
| U.S.A. vs Charles Wayne Jones (3) | X present | ___custody | x bond | __OR |
| U.S.A. vs William E. Stivers (4) | X present | x custody | ___bond | __OR |
| U.S.A. vs Freddy W. Thompson (5) | X present | ___custody | x bond | __OR |
| U.S.A. vs William B. Morris (7) | X present | ___custody | x bond | __OR |
| U.S.A. vs Debra L. Morris (8) | X present | ___custody | x bond | __OR |
| U.S.A. vs Stanley Bowling (9) | X present | ___custody | x bond | __OR |

DOCKET ENTRY: Counsel for the parties were present as indicated. A separate order will be entered outlining the Court's rulings. All defendants not in custody remain on their current conditions of release. Defendants Douglas C. Adams and William E. Stivers were remanded to custody and shall be moved by the U.S. Marshal Service from their current location of incarceration to a facility in Fayette County, Kentucky, as indicated on the record.

PROCEEDINGS: STATUS CONFERENCE

PRESENT:    HON.  KAREN K. CALDWELL , CHIEF JUDGE U.S. DISTRICT COURT

Mitchell Zegafuse       Rhonda Sansom        Andrew T. Boone
Deputy Clerk            Court Reporter       Assistant U.S. Attorney

Counsel for Dft Maricle: David Hoskins    X present  X retained
Counsel for Dft Adams: Bennett Bayer and Kent Westberry   X present  X retained
Counsel for Dft Jones: Scott White   X present   X appointed
Counsel for Dft Stivers: Robert L. Abell   X present   X appointed
Counsel for Dft Thompson: Russell Baldani   X present   X retained
Counsel for Dft W. Morris: Jerry W. Gilbert   X present   X * appointed
Counsel for Dft D. Morris: Jerry W. Gilbert present for Elizabeth S. Hughes with dft's consent
Counsel for Dft Bowling: Daniel Simons   X present   X retained

Copies: COR, USP, USM
TIC:  50 min                                                    Initials of Deputy Clerk mwz

*This minute entry has been amended to reflect that Attorney Jerry W. Gilbert was present as appointed counsel instead of retained counsel for Defendant William B. Morris. This is the only change to the entry (DE 1374) filed 8/22/13.