**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

Eastern District of Kentucky
**F I L E D**

OCT - 3 2013

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. **6:09-cr-00016-SS-KKC**

UNITED STATES OF AMERICA                                    PLAINTIFF

V.          <u>MOTION OF UNITED STATES FOR ARRAIGNMENT</u>

RUSSELL CLETUS MARICLE,
DOUGLAS C. ADAMS,
CHARLES WAYNE JONES,
WILLIAM E. STIVERS,
    aka AL MAN, and
FREDDY W. THOMPSON                                    DEFENDANTS

\* \* \* \* \*

The United States moves for an arraignment because the grand jury has returned

a superseding indictment against the Defendants, Russell Cletus Maricle, Douglas C.

Adams, Charles Wayne Jones, William E. Stivers, aka Al Man, and Freddy W.

Thompson.

Respectfully submitted,

KERRY B. HARVEY
UNITED STATES ATTORNEY

By

Jason D. Parman
Assistant United States Attorney
601 Meyers Baker Rd.
London, KY 40741
(606) 330-4831
Jason.Parman@usdoj.gov