UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>RUSSELL CLETUS MARICLE, )<br>DOUGLAS C. ADAMS, )<br>CHARLES WAYNE JONES, )<br>WILLIAM E. STIVERS, and )<br>FREDDY W. THOMPSON, )<br>)<br>Defendants. ) | CRIMINAL NO. 6:09-16-KKC<br><br>**ORDER** |

\*\* \*\* \*\* \*\* \*\*

At the pretrial conference for this matter, the parties indicated that they would like to tender for the Court's consideration questions to include on a juror questionnaire to be given to potential jurors in this action. The Court hereby ORDERS that, **on or before Thursday, November 7, 2013**, the parties SHALL SUBMIT to Chambers at kcaldwellmemos@kyed.uscourts.gov any questions that they propose to include on the juror questionnaire.

Dated this 5th day of November, 2013.



KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY