UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CRIMINAL NO. 6:09-16-SS-KKC |
| Plaintiff, | ) |
| v. | ) |
| | ) **ORDER** |
| RUSSELL CLETUS MARICLE, | ) |
| DOUGLAS C. ADAMS, | ) |
| CHARLES WAYNE JONES, | ) |
| WILLIAM E. STIVERS, | ) |
| FREDDY W. THOMPSON, | ) |
| | ) |
| Defendants. | ) |

\*\* \*\* \*\* \*\* \*\*

On the Court's own motion, the sentencings scheduled on February 19, 2014 are hereby RESCHEDULED to **March 7, 2014 at 10:00 a.m**. in LEXINGTON, Kentucky.

Dated this 10th day of January, 2014.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY