UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
**FILED**
DEC - 2 2014
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 6:09-CR-16-KKC

UNITED STATES OF AMERICA — PLAINTIFF

V.  **ORDER**

RUSSELL CLETUS MARICLE, et. al. — DEFENDANTS

\* \* \* \* \*

The Court ORDERS that the Motion of the United States to release the evidence held by the clerk's office is GRANTED and shall be released to the FBI.

On this ____1____ day of __December__, 2014.

_____
KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE

Copies:   United States Marshal
          United States Probation
          Jason D. Parman, Assistant United States Attorney